# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Andrea Danziger

25-1241 C

Location of Plaintiff(s)/Petitioner(s) (city/state): Mason, OH

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Stephen McBrady
Firm Name: Crowell & Moring LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 1001 Pennsylvania Ave NW
City-State-ZIP: Washington, D.C. 20004
Telephone Number: (202) 624-2547
E-mail Address: smcbrady@crowell.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑ Yes  ☐ No

---

Nature of Suit Code: 118
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: STA
Number of Claims Involved: 2

Amount Claimed: $ Unknown - class action case
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
  Is plaintiff a small business?  ☐ Yes  ☐ No
  Was this action proceeded by the filing of a protest before the GAO?  ☐ Yes  ☐ No   Solicitation No. _____
  If yes, was a decision on the merits rendered?  ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims?  ☐ Yes  ☑ No   If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

## Nature-of-Suit Codes for General Jurisdiction Cases

| | | |
|---|---|---|
| 100 Contract – Construction – (CDA) | 206 Tax – Excise | 354 Military Pay – SBP |
| 102 Contract – Fail to Award – (CDA) | 208 Tax – Gift | 355 Military Pay – CRSC |
| 104 Contract – Lease – (CDA) | 210 Tax – Income, Corporate | 356 Military Pay – Other |
| 106 Contract – Maintenance – (CDA) | 212 Tax – Income, Individual | |
| 108 Contract – Renovation – (CDA) | 213 Tax – Income, Individual (Partnership) | 500 Carrier – transportation |
| 110 Contract – Repair – (CDA) | | 502 Copyright |
| 112 Contract – Sale – (CDA) | 214 Tax – Informer's Fees | 504 Native American |
| 114 Contract – Service – (CDA) | 216 Tax – Preparer's Penalty | 506 Oil Spill Clean Up |
| 116 Contract – Supply – (CDA) | 218 Tax – Railroad Retirement/Unemployment Tax Act | 507 Taking – Town Bluff Dam |
| 118 Contract – Other – (CDA) | | 508 Patent |
| | 220 Tax – TEFRA Partnership – 28:1508 | 509 Taking – Addicks & Barker Reservoirs |
| 120 Contract – Bailment | 222 Tax – Windfall Profit Overpayment – Interest | |
| 122 Contract – Bid Preparation Costs | | 510 Taking – Personalty |
| 124 Contract – Medicare Act | 224 Tax – 100% Penalty – 26:6672 – Withholding | 512 Taking – Realty |
| 126 Contract – Realty Sale | | 513 Taking – Rails to Trails |
| 128 Contract – Subsidy | 226 Tax – Other | 514 Taking – Other |
| 130 Contract – Surety | | 515 Unjust Conviction and Imprisonment |
| 132 Contract – Timber Sale | 300 Civilian Pay – Back Pay | 516 Miscellaneous – Damages |
| 134 Contract – Other | 302 Civilian Pay – COLA | 517 Miscellaneous – Affordable Care Act |
| | 303 Civilian Pay – Disability Annuity | |
| 136 Contract – Other – Wunderlich | 304 Civilian Pay – FLSA | 518 Miscellaneous – Lease |
| | 306 Civilian Pay – Overtime Compensation | 520 Miscellaneous – Mineral Leasing Act |
| 138 Contract – Protest (Pre Award) | | |
| 140 Contract – Protest (Post Award) | 308 Civilian pay – Relocation Expenses | 522 Miscellaneous – Oyster Growers Damages |
| | 310 Civilian Pay – Suggestion Award | |
| 200 Tax – Allowance of Interest | 312 Civilian Pay – Other | 524 Miscellaneous – Safety Off. Ben. Act |
| 202 Tax – Declaratory Judgment – 28:1507 | | |
| | 340 Military Pay – Back Pay | 526 Miscellaneous – Royalty/Penalty Gas Production |
| 204 Tax – Estate | 342 Military Pay – CHAMPUS | |
| | 344 Military Pay – Correct records | 528 Miscellaneous – Other |
| | 346 Military Pay – Correct/Reinstate | 535 Informer's Reward |
| | 348 Military Pay – Reinstatement | 536 Spent Nuclear Fuel |
| | 350 Military Pay – Relocation Expenses | |
| | 352 Military Pay – Retirement | |

## Nature-of-Suit Codes for Vaccine Cases

| | | |
|---|---|---|
| 449 Injury – Hepatitis A | 485 Injury – Hemophilus Influenza | 477 Death – Pertussis |
| 453 Injury – Pneumococcal Conjugate | 486 Injury – Varicella | 478 Death – Polio – inactive |
| 456 Injury – DPT& Polio | 490 Injury – Rotavirus | 479 Death – Polio – other |
| 457 Injury – D/T | 492 Injury – Thimerosal | 480 Death – Rubella |
| 458 Injury – DTP/DPT | 494 Injury – Influenza (Flu) | 481 Death – Tetanus & Diphtheria |
| 459 Injury - Measles | 496 Injury – Meningococcal | 482 Death – Tetanus & Tox. |
| 460 Injury – M/M/R | 498 Injury – Human Papillomavirus | 483 Death – Other |
| 461 Injury – Measles/Rubella | | 487 Death – Hepatitis B |
| 462 Injury – Mumps | 452 Death – Hepatitis A | 488 Death – Hemophilus Influenza |
| 463 Injury – Pertussis | 454 Death – Pneumococcal Conjugate | 489 Death – Varicella |
| 464 Injury – Polio – inactive | 470 Death – DPT & Polio | 491 Death – Rotavirus |
| 465 Injury – Polio – other | 471 Death – D/T | 493 Death – Thimerosal |
| 466 Injury – Rubella | 472 Death – DTP/DPT | 495 Death – Influenza (Flu) |
| 467 Injury – Tetanus & Diphtheria | 473 Death – Measles | 497 Death – Meningococcal |
| 468 Injury – Tetanus & Tox. | 474 Death – M/M/R | 499 Death – Human Papillomavirus |
| 469 Injury – Other | 475 Death – Measles/Rubella | |
| 484 Injury – Hepatitis B | 476 Death – Mumps | |

AGENCY CODES

| | | | |
|---|---|---|---|
| **AGR** | Agriculture | **SBA** | Small Business Administration |
| **AF** | Air Force | **TRN** | Department of Transportation |
| **ARM** | Army | **TRE** | Department of Treasury |
| **AEC** | Atomic Energy Commission | **VA** | Department of Veterans Affairs |
| **COM** | Department of Commerce | **VAR** | Various Agencies |
| **DOD** | Department of Defense | **O** | Other |
| **DOE** | Department of Energy | | |
| **ED** | Department of Education | | |
| **EPA** | Environmental Protection Agency | | |
| **GPO** | Government Printing Office | | |
| **GSA** | General Services Administration | | |
| **HHS** | Health and Human Services | | |
| **HLS** | Homeland Security | | |
| **HUD** | Housing and Urban Development | | |
| **DOI** | Department of the Interior | | |
| **ICC** | Interstate Commerce Commission | | |
| **DOJ** | Department of Justice | | |
| **LAB** | Department of Labor | | |
| **MC** | Marine Corps | | |
| **NAS** | National Aeronautical Space Agency | | |
| **NAV** | Navy | | |
| **NRC** | Nuclear Regulatory Commission | | |
| **PS** | Postal Service | | |
| **STA** | State Department | | |

195