# EXHIBIT A



February 19, 2025

**LETTER OF TERMINATION FOR CONVENIENCE**

1. This memorandum serves as notice that your Personal Services Contract is hereby terminated for Convenience of the Government. It is no longer in the best interests of the United States Government to continue with this contract.

2. In compliance with the terms of your contract, termination will be 15 days from the date of this notification. Your last day of employment will be **March 6, 2025** . You will be in a pay status through the end of this 15 -day period. Your pay may be adjusted by any money owing to the United States Government. The provision in your contract which applies to this action is:

   *GP. 16 (a) (2) For the convenience of USAID, by giving not less than 15 calendar days advance written notice to the contractor. Upon such a termination, contractor's right to compensation shall cease when the period specified in such notice expires except that the contractor shall be entitled to any unused vacation leave, return transportation costs and travel allowances and transportation of unaccompanied baggage costs at the rate specified in the contract and subject to the limitations which apply to authorized travel status.*

3. I request you acknowledge your receipt of this letter by signing below. You will be provided a copy. I remain the point of contact for all issues relating to this contract and termination during the 15 -day period remaining in this contract.

OUSAY
WAHAJ

Digitally signed by OUSAY WAHAJ
Date: 2025.02.18 23:53:01 -05'00'

_____

**Ousay Wahaj**
**Supervisory Contracting Officer**
**Office of Acquisition and Assistance,**
**M/OAA/BHA-CPS**

**ACKNOWLEDGED:**

_____          _____

PSC Name                                                   Date