# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00469 |

### DECLARATION OF PETE MAROCCO

I, PETE MAROCCO, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. Since Thursday, January 30, 2025, I have performed the duties and functions of both Deputy Administrators of the United States Agency for International Development ("USAID" or the "Agency"). I manage the day-to-day operations at USAID including personnel matters and operations. Since January 20, 2025, I have also served as the Director of Foreign Assistance at the Department of State. Previously, I served as a United States Marine and as a Deputy Assistant Secretary at both the Department of State and the Department of Defense. Additionally, I served on a special assignment as the Senior Advisor for Intelligence and Security to the Secretary of Commerce and served as the Assistant to the Administrator at USAID, overseeing the Bureau for Conflict Prevention and Stabilization.

1

3. USAID has approximately 1,230 U.S. and Third Country Personal Services Contractors (collectively "PSCs"). PSCs serve as technical advisors across USAID and provide flexibility to rapidly respond to development needs and fill critical staffing gaps.

4. On February 2, 2025, USAID approved the termination of 791 PSCs that are in high- and middle-income countries like the United States, Moldova and Thailand. USAID's mandate is to assist primarily in low-income countries and these contracts appeared to be inconsistent with the mission of USAID. Some of those 791 individuals held multiple contracts, so the total number of contracts to be terminated is 814.

5. The February 2, 2025 approval was communicated to staff quickly, but terminations pursuant to that approval did not begin until February 19 and are still ongoing.

6. PSCs are being given 15 days of notice of intent to terminate, as required by their contracts.

7. As of February 23, 2025 at 9 pm, 493 termination notices have been issued, 35 contracts were determined to be no longer active (e.g., resigned, moved positions, etc.), and 286 are currently under review.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: February 24, 2025

PETE MAROCCO