## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANDREA DANZIGER,<br><br>                                Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>                               Defendant. | No. 25-1241<br>Judge Tapp |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of seven calendar days, to and including October 3, 2025, within which to respond to the complaint filed by the plaintiff in this case, Andrea Danziger. This is the first request for an enlargement of time for this purpose. Counsel for the Government reached out to counsel for Ms. Danziger for his client's position on this enlargement, and counsel for Ms. Danziger indicated that his client did not oppose this motion.

Good cause exists for the additional time requested. Counsel for the Government was only recently assigned to this matter and, due to resource limitations at the agency, certain documents critical to the Government's response that were requested on September 15, 2025, were not available to counsel for the Government until Wednesday, September 24; some requests to the agency remain outstanding. Although the recent receipt of these documents is the most direct cause supporting the need for additional time, counsel for the Government also has been engaged in the preparation of work for other matters which has limited the time she has had available to provide a thorough and accurate response to Ms. Danziger's complaint, including:

(1) a cross-motion for judgement on the administrative record in a bid protest, *CW Resources, Inc. v. United States*, Fed. Cl. No. 25-1211, originally due on September 24, 2025; (2) a motion in *Coleman v. Defense*, Fed. Cir. No. 25-2031, filed September 15, 2025; (3) a settlement proposal in *Murillo v. United States*, Fed. Cl. No. 21-1208, provided on September 19, 2025; (4) expert discovery obligations in *Hamilton Square v. United States*, Fed. Cl. No. 20-1285, which are ongoing; and (5) discovery obligations in *Bell, et al. v. United States*, Fed. Cl. No. 22-1280, which are ongoing, among other obligations.

For these reasons, with apologies to the Court for the short notice, defendant respectfully requests that the Court grant its motion and enlarge the time to respond to the complaint through and including October 3, 2025.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

    /s/ Martin F. Hockey, Jr.
    MARTIN F. HOCKEY, JR.
    Deputy Director

    /s/ Stephanie A. Fleming
    STEPHANIE A. FLEMING
    Trial Attorney
    Commercial Litigation Branch
    Civil Division
    U.S. Department of Justice
    P.O. Box 480, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-0170
    Facsimile: (202) 305-2062
    Stephanie.Fleming@usdoj.gov

    *Attorneys for Defendant*

Dated: September 26, 2025