# Exhibit M



OMB No: 0412-0602
Expiration Date: 10/31/2023
Page 1 of 56 Pages

## CONTRACT WITH AN INDIVIDUAL FOR PERSONAL SERVICES
The Privacy Act Statement is found at the end of this form

| 1. Name (Last, First and Middle Names) and Address<br><br>Danziger, Andrea Jeannine<br>9210 Bacon Street<br>Mason, OH 45040 | 2. Citizenship: USA<br><br>Lawful Permanent Resident of the U.S.<br>(Green Card Holder)<br>☐ Yes ☒ No | 3. Contract Number<br><br>720BHA24S00007 | 4. Ethics Code<br><br>☒ N<br>☐ C<br>☐ P |
|---|---|---|---|

| 5. Country of Performance<br><br>000 - USA | 6. Effective Date<br><br>11/19/2023 | 7. Estimated Completion Date<br><br>11/18/2028 | 8. Contract Type<br><br>☒ U.S.  ☐ CCN  ☐ TCN |
|---|---|---|---|

| 9. Benefits Plan<br>☐ CCN/TCN - Local Compensation Plan (LCP)<br>☐ TCN – not subject to LCP<br>☐ U.S. – Resident Hire<br>☒ U.S. – Abroad/U.S.-based | 10. Obligation Amount (at award)<br><br>$139,039.00 | 11. Total Estimated Cost<br><br>$790,595.00 |
|---|---|---|

| 12. Requisition Number<br><br>REQ-BHA-24-000013 | 13. Technical Office (Name, Office Symbol, Address)<br><br>US Agency for International Development<br>Bureau for Humanitarian Assistance<br>BHA/MENAE– RRB, Room 8.06<br>Washington, DC 20523-8602 | 14. Supervising Officer (Name and Title)<br><br>Middle East and Levant Division Chief |
|---|---|---|

| 15. Solicitation Number<br>720BHA22R00059 | 16. Position Title<br>Humanitarian Assistance Officer |
|---|---|

17. Contracting Office (Name, Office Symbol, Address)

US Agency for International Development
Office of Acquisition and Assistance
M/OAA/BHA-CPS/PSC - UA-USAID Annex, 11th Floor
Washington, DC 20523

18. Administered By (If other than Contracting Office in Block 17)

19 PSC AUTHORITIES
Awarded Pursuant to:
☒ Section 636(a)(3) of the Foreign Assistance Act of 1961, as amended.
☐ Annual Foreign Operations Appropriations
☐ Other - Specify:

20. Accounting & Classification Codes:

See Article IV of the Schedule

21. Payment will be made by (Name, Office Symbol, Address)

Office of Financial Management
M/CFO/CMP – UA-USAID Annex, 8th Floor
Washington, DC 20523

**This Contract consists of this Cover Page, the Schedule and AIDAR and FAR Clauses.**

|  | UNITED STATES OF AMERICA<br>AGENCY FOR INTERNATIONAL DEVELOPMENT |
|---|---|
| 22. Signature of Contractor<br><br>*Andrea Danziger* | 23. Signature of Contracting Officer<br>JOY ANITA BURRISS (affiliate)  Digitally signed by JOY ANITA BURRISS (affiliate)<br>Date: 2023.11.16 16:39:05 -05'00' |
| 24. Typed or Printed Name<br>Andrea J. Danziger | 25. Typed or Printed Name<br>Joy Burriss, Contracting Officer, M/OAA/BHA-CPS/PSC |
| 26. Date    11/01/2023 | 27. Date |

AID 309-1 (10/2020)

**Exhibit M, Page 2**

720BHA24S00007 with Andrea Danziger

The United States of America, herein called the Government, represented by the Contracting Officer executing this contract, and the Contractor agree that the Contractor shall perform all the services set forth in the attached Schedule, for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the Schedule and the AIDAR and FAR Clauses. To the extent of any inconsistency between the Schedule or the Clauses and any specifications or other provisions, which are made a part of this contract, by reference or otherwise, the Schedule and the Clauses shall control. To the extent of any inconsistency between the Schedule and the Clauses, the Schedule shall control.

SPECIAL NOTE:

For U.S. Citizens and U.S. Resident Aliens: As an employee for purposes of Section 636(a)(3) of the Foreign Assistance Act of 1961, as amended (22 USC 2396a(3)), the Contractor is generally an employee of the United States for purposes of laws other than those administered by the Office of Personnel Management (i.e., Title 5, United States Code). This includes being an employee of the United States for the purposes of Title 26, United States Code, which subjects the Contractor to withholding for both FICA and Federal Income Tax, and precludes the Contractor from receiving the federal earned income tax exclusion of 26 USC Section 911.

### PRIVACY ACT STATEMENT

**PRA Burden Statement: The collection is required to obtain or retain benefits. The estimated burden per response is fifteen minutes. The respondent is not obligated to respond unless a valid OMB control number is displayed on the form. Any comments related to the burden estimate can be sent to pscpolicymailbox@usaid.gov.**

**Authority: The authorities for the collection of information are: Foreign Assistance Act, Pub. L. 87-165, as amended; 48 CFR 37.104, Personal services contracts; and 48 CFR Ch. 7, App. D, Direct USAID Contracts with a U.S. Citizen or a U.S. Resident Alien for Personal Services Abroad; and 48 CFR Ch. 7, App. J, Direct USAID Contracts with a Cooperating Country National and with a Third Country National for Personal Services Abroad.**

**Purpose: This form collects personal information on individuals who are awarded USAID personal services contracts. This form serves as the cover sheet of the contract with the individual and the acceptance by the personal services contractor and the contracting officer to the terms of the contract.**

**Routine Uses: In addition to those disclosures generally permitted under the Privacy Act of 1974, the information collected may be disclosed according to the routine uses stated in the System of Records Notice titled, "USAID-34, Personal Services Contractor Records" published in the Federal Register under 80 FR 11391.**

**Disclosure: Providing personal identifiable information is voluntary; however, if the requested information is not provided, it may delay or prevent the execution of the personal services contract.**

AID 309-1 (10/2020)

**Exhibit M, Page 3**

720BHA24S00007 with Andrea Danziger

**TABLE OF CONTENTS**

B – SCHEDULE ................................................................................................................. 5

  ARTICLE I -- STATEMENT OF DUTIES ............................................................................ 5

  ARTICLE II -- PLACE OF PERFORMANCE ...................................................................... 12

  ARTICLE III -- PERIOD OF PERFORMANCE .................................................................. 12

  ARTICLE IV -- CONTRACTOR'S COMPENSATION AND REIMBURSEMENT................... 12

  ARTICLE V -- COSTS REIMBURSABLE AND LOGISTIC SUPPORT................................... 17

  ARTICLE VI -- PRE-CONTRACT EXPENSES .................................................................... 17

  ARTICLE VII -- ADDITIONAL SPECIAL CONTRACT REQUIREMENTS ............................ 18

C - GENERAL PROVISIONS CONTRACT CLAUSES ............................................................ 20

  1.  DEFINITIONS (JUN 1990) [DEVIATION (May 2020)] .................................................. 20

  2.  COMPLIANCE WITH LAWS AND REGULATIONS APPLICABLE ABROAD (JUL 1993)....................... 21

  3.  PHYSICAL FITNESS AND HEALTH ROOM PRIVILEGES (APR 1997) [DEVIATION (APR 2001)] ........ 21

  4.  WORK SCHEDULE AND COMPENSATION (PAY COMPARABILITY AND LOCALITY PAY ADJUSTMENTS) (JUL 2007) [DEVIATION (JUL 2022)] ........................................ 22

  5.  LEAVE AND HOLIDAYS (NOV 2020) [Deviation (NOV 2021)] ..................................... 23

  6.  DIFFERENTIAL AND ALLOWANCES (NOV 2020)......................................................... 30

  7.  SOCIAL SECURITY, FEDERAL INCOME TAX, AND FOREIGN EARNED INCOME (JUN 1990) .......... 33

  8.  ADVANCE OF DOLLAR FUNDS (APR 1997).................................................................. 33

  9.  INSURANCE (APR 1997) [Deviation (DEC 2009)] ........................................................ 33

  10.  TRAVEL AND TRANSPORTATION EXPENSES (JUL 1993) .......................................... 34

  11.  PAYMENT (AUG 1996)............................................................................................. 38

  12.  CONVERSION OF U.S. DOLLARS TO LOCAL CURRENCY (DEC 1985) ........................ 39

  13.  POST OF ASSIGNMENT PRIVILEGES (JUL 1993)....................................................... 39

  14.  SECURITY REQUIREMENTS (JUN 1990) .................................................................. 39

  15.  CONTRACTOR-MISSION RELATIONSHIPS (DEC 1985) ............................................ 40

  16.  TERMINATION (NOV 2020) ..................................................................................... 41

  17.  RELEASE OF INFORMATION (DEC 1985)................................................................. 41

  18.  NOTICES (DEC 1985)............................................................................................... 42

  19.  REPORTS (JUN 1987) .............................................................................................. 42

  20.  USE OF POUCH FACILITIES (JUL 1993).................................................................... 43

  21.  BIOGRAPHICAL DATA (JUN 1990)........................................................................... 43

22. U.S. RESIDENT HIRE PERSONAL SERVICES CONTRACTOR BENEFITS (JUN 1990) [Deviation (May 2020)] ...................................................................................................................................... 44

23. ORIENTATION AND LANGUAGE TRAINING (JUL 1993) ................................................... 44

24. CONDITIONS FOR CONTRACTING PRIOR TO RECEIPT OF SECURITY CLEARANCE (JUL 1993) ...... 44

25. MEDICAL EVACUATION (MEDEVAC) SERVICES (JUL 2007) [Deviation (FEB 2022)] .................... 45

26. GOVERNING LAW (NOV 1996) ........................................................................................ 45

27. [RESERVED] ................................................................................................................... 45

28. MEDICAL EXPENSE PAYMENT RESPONSIBILITY (OCT 2006) .......................................... 45

29. INCENTIVE AWARDS (DEC 2019) .................................................................................... 47

D - FEDERAL ACQUISITION REGULATION (FAR) CLAUSES (FC) .................................................. 49

USPSC AWARD ................................................................................................................... 49

**Exhibit M, Page 5**

**B – SCHEDULE**
**USPSC AWARD**

**ARTICLE I -- STATEMENT OF DUTIES**

BACKGROUND

The United States Agency for International Development (USAID)'s Bureau for Humanitarian Assistance (BHA) is responsible for facilitating and coordinating U.S. Government (USG) humanitarian assistance overseas in response to all types of international disasters, including slow-onset disasters such as droughts or famine; natural disasters such as earthquakes or floods: and human-made disasters such as conflict or war. BHA is responsible for planning, coordinating, developing, achieving, monitoring, and evaluating international humanitarian assistance falling into two conceptual areas:

● *Humanitarian Response* activities comprise needs-based humanitarian assistance provided to save lives, alleviate suffering, and protect human dignity during and in the aftermath of emergencies. Humanitarian assistance is grounded in humanitarian principles and is directed toward the most vulnerable populations.

● *Early Recovery, Risk Reduction, and Resilience* (ER4) activities will set the initial foundations for longer-term recovery as appropriate, and will work in close conjunction with humanitarian assistance. Early recovery is an approach that supports communities impacted by crises to protect and restore basic systems and service delivery. Early recovery builds on humanitarian response efforts and establishes the initial foundations of long-term recovery. Early recovery activities are implemented for a specified, appropriate timeframe that assists populations recovering from an identifiable shock. Risk reduction is the prevention of new and reduction of existing disaster risk and management of residual risk, which contributes to strengthening resilience and to the achievement of sustainable development. Resilience is the ability of people, households, communities, countries, and systems to mitigate, adapt to, and recover from shocks and stresses in a manner that reduces chronic vulnerability and facilitates inclusive growth.

BHA has seven offices, as follows:

The Bureau's three geographic offices are: (1) Office of Africa; (2) Office of Asia, Latin America, and the Caribbean; and (3) the Office of the Middle East, North Africa, and Europe.  Each geographic office designs, provides, and assesses humanitarian assistance for their respective regions, including assistance related to responding to, recovering from, and reducing the risk of human-made and natural disasters, while linking with other USAID investments that build resilience.

The Office of Global Policy, Partnerships, Programs, and Communications (G3PC) shapes and influences USAID's role within the international humanitarian system; leads engagement on a range of policy, programmatic, and operational issues; and positions the Agency to influence collective response to emergency needs across the globe.

The Office of Technical and Program Quality (TPQ) leads the Bureau's efforts to provide high-quality programmatic and technical leadership, oversight, and guidance. In addition, TPQ leads the Bureau's external engagement with academia and coordinates research to advance the effectiveness, efficiency, and impact of humanitarian and multi-year programming.

5

**Exhibit M, Page 6**

The Office of Humanitarian Business and Management Operations (HBMO) is responsible for maintaining 24/7 operability by providing leadership, planning, quality assurance, technical expertise, and process management. HBMO ensures effective stewardship of the Bureau's support services, including workforce planning, staffing, financial management, internal controls, facilities operations, and infrastructure.

The Office of Field and Response Operations (FARO) leads and manages operational assistance and the purchase and delivery of goods and services in response to declared foreign disasters and international humanitarian needs in key functional areas, including supply-chain management, procurement, logistics, oversight, and operational coordination with the U.S. military.

**OBJECTIVE**

The Humanitarian Assistance Officer (HAO) supports the work of the Bureau for Humanitarian Assistance (BHA) and works closely with program, technical, and policy units in BHA/Washington and overseas to plan, implement, oversee, and analyze BHA humanitarian programs. As an HAO, you will be based in Washington, D.C. and may occasionally travel to other assigned regions.

This position is located within one of BHA's three geographical offices: the Office of Africa, the Office of Asia, Latin America, and the Caribbean (ALAC), or the Office of the Middle East, North Africa, Europe (MENAE). Each Office manages the programming done in those regions of the world. You will be placed on a regional team based on experience and BHA needs and will report to the Team Lead or Deputy Team Lead.

**DUTIES AND RESPONSIBILITIES**

Candidates selected at the GS-12 may have an opportunity for advancement to the GS-13 equivalent after at least two years at the GS-12 level, if the individual receives a recommendation from the supervisor for advancement along with an Exceeds Fully Successful performance evaluation. Advancement to the GS-13 level is not guaranteed.

Working under the guidance and supervision of the Team Lead or designee for the assigned region of responsibility, the HAO will perform the following:

*At the GS-9 equivalent level*

> **Contextual Knowledge and Learning:**
> - Monitor humanitarian context for assigned country/team, tracking emerging disasters and crises; changes in engagement with host country governments, partners, and other donors; and opportunities for transitions to resilience programs.
>
> **Manage and Administer Emergency and/or Early Recovery, Risk Reduction, or Resilience related Grants:**
> - With support from senior team members, coordinate the entire award cycle with external partners, including UN agencies and NGOs.
> - Input award data, including proposals, feedback to partners, financial data, and program reports, into administrative and financial tracking systems.

6

- Review grant applications for completeness, alignment with BHA funding priorities and technical guidance, and suitability to the country context.
- Identify trends and challenges in award implementation.
- Track and process all post-award management issues to ensure timely response to partner requests.
- Ensure award administration complies with Agency and Bureau guidance (e.g. USAID Automated Directives Systems (ADS), USAID policies, US Code of Federal Regulations, BHA Emergency Application Guidelines).
- Participate in the award evaluation process.
- Monitor awards for compliance with the terms of the contracts or grants and address irregularities according to USAID guidance.

**Award Problem Solving:**
- Working with senior team members, troubleshoot award processing and management issues using a variety of sources, including USAID and BHA policies and regulations.

**Coordinate Portfolio Activities:**
- Maintain ongoing communication with partners to monitor implementation progress. Provide time-sensitive updates or responses to requests for information on portfolio activities to the Deputy Team Lead or Team Lead.
- Participate in program-related planning efforts, such as country strategies, budget development/planning, or scenario-based contingency planning.
- Ensure filing systems are maintained and updated.
- Occasionally travel to regions in the assigned portfolio to meet with partners and monitor award implementation.

**Frequently used Written and Oral Communication:**
- Draft official USG communications related to requests for assistance for disaster response. Use written and oral communication to coordinate within BHA and USAID, and with other USG agencies, and external partners.
- Regularly attend and participate in team, division, bureau and other USAID meetings, and meetings with external stakeholders.
- Provide written or verbal program or award updates to stakeholders.
- Provide written input on reports, award applications, disaster declarations, memos, and other pertinent documents.
- Use Google Suite and Microsoft Office, as well as other USAID-specific systems.

**Financial Management:**
- Initiate funding requests in USAID financial management software, track and manage award financial information, and provide financial information to various requestors as needed.

**Attend Required Trainings:**
- This role requires mandatory training by USAID to meet federal and agency requirements. Training for USAID and BHA systems is provided. HAOs must ensure all training and certifications remain current.

**Responsibility and Decision-making:**

7

- Consults with senior team members, including Deputy Team Lead or Team Lead, for direction and priority setting.

**Additional Duties and Responsibilities:**
- This position is expected to be able to routinely serve on disaster/humanitarian responses in Washington, DC, or in the disaster area. These can be Disaster Assistance Response Teams (DARTs) and/or Response Management Teams (RMTs). DARTs are deployed to the field in response to disasters and operate in the field, providing staff an opportunity to deploy overseas for an extended period of time (e.g. 6-8 weeks). RMTs are based in Washington, DC, and provide services to support DARTs, such as communications, planning, logistics, travel coordination, or other similar duties (depending on the RMT role). HAOs are required to be on-call for a two-week period once a year to potentially serve on RMTs or DARTs.
- The PSC will be expected to obtain an Agreement Officer's Representative (AOR) or Contracting Officer's Representative (COR) certification. The AOR/COR oversees agreements and/or contracts. This includes but is not limited to reviewing invoices, approvals, program/project deliverables (i.e. work plans, annual reports, month status reports), travel requests, key personnel requests, financial/budget reports, contractor performance evaluations, and compliance. More information about the AOR/COR responsibilities and related requirements can be found in the COR designation letter and the AOR designation letter. In the event that this role requires an AOR/COR certification, mandatory training will be provided.
- As needed, may serve on temporary detail within the Bureau. Duties performed while on detail will be aligned with the Team's existing duties and responsibilities and will be directly related to the statement of duties provided.
- As needed, staff are expected to support BHA's recruitment efforts and serve on hiring committees. Training will be provided.

*At the GS-11 equivalent level*

The GS-11 level includes all responsibilities in the GS-9 level (above), with the addition of:

**Contextual Knowledge and Learning:**
- Assist in identifying issues, lessons learned, and opportunities for new programming across the humanitarian-resilience spectrum.
- Review and monitor national and international disaster risk reduction, disaster management, and resilience strategies, plans, and programs in the area of responsibility.
- Communicate and coordinate with BHA teams overseas to maintain current understanding of existing and impending humanitarian crises.

**Manage and Administer Emergency and/or Early Recovery, Risk Reduction, or Resilience related Grants:**
- Review grant applications for alignment with BHA country strategies and technical requirements and for budget feasibility.
- Ensure current programming aligns with BHA country strategies.
- Coordinate review and feedback of partner program reports to make sure program objectives have been achieved and identify issues with partner performance.
- Share trends in program progress with country team members, and Deputy Team Lead and Team Lead, as appropriate.

8

- Monitor and track risk mitigation plans and reports of diversion, waste, fraud, or abuse, including coordination across BHA and advising team members on required processes, as required.

**Award Problem Solving:**
- Develop fluency in USAID rules and regulations and award management processes to be able to propose or provide input to solutions to address award management issues.

**Coordinate Portfolio Activities:**
- Coordinating closely with BHA teams overseas, regularly analyze partner performance.

**Frequently use Written and Oral Communication:**
- Represent BHA in meetings with implementing partners, other USAID Bureaus, the interagency, and external organizations to discuss program implementation and strategies.
- Coordinate responses to requests for assistance to respond to disasters, including drafting official USG communications and leading coordination meetings.
- Provide written and oral responses to requests for information on BHA's activities in the area of responsibility for internal and external audiences. This may include briefing papers, memoranda, talking points, formal presentations, and informal briefings.

**Financial Management:**
- Make recommendations in support of strategic decisions about financial and budgetary factors in programming.

**Responsibility and Decision-making:**
- Under direction of a supervisor, perform with a moderate level of independent judgment, discretion, and personal responsibility.
- Provide input on planning, designing, and carrying out projects and programs.
- Provide input on the development of procedures and processes for the assigned team; may provide input into Office and BHA procedures.

*At the GS-12 equivalent level*

The GS-12 level includes everything in the GS-11 level (above), with the addition of:

**Contextual Knowledge and Learning**
- Serve as a primary point of contact/specialist in the area of responsibility for BHA team leadership.

**Manage and Administer Emergency and/or Early Recovery, Risk Reduction, or Resilience related Grants and/or Contracts:**
- In close coordination with BHA teams overseas, ensure a timely and appropriate response to the requests for BHA assistance to respond to disasters and crises. This includes reviewing USAID Mission and U.S. Embassy recommendations for assistance and providing guidance on resources and strategies to respond to the disaster.
- Research or provide input into solutions to address award management problems.

9

- Will serve as AOR for BHA grants and, with the support of the Team Lead, may serve as COR for contracts, reviewing, and coordinating approvals for contract staffing, work plans, deliverables, and financial management.

**Coordinate Portfolio Activities:**
- Participate actively in the development of programmatic strategies for disaster responses and disaster risk reduction efforts, providing analysis and recommendations for needs prioritization and award mechanism options.
- Ensure implications of policy decisions at BHA, USAID, and interagency levels on the portfolio are understood by country or regional team leadership.

**Frequently use Written and Oral Communication:**
- Independently serve as BHA's representative in bureau and agency meetings, and with external partners, as assigned by the Team Leader.
- With guidance from the Team Leader, lead bureau-wide humanitarian coordination meetings.
- May review written communications from team members to ensure documents are grammatically correct, error-free, and in-line with BHA, USAID, and USG policy.

**Financial Management:**
- Participate in and make recommendations about strategic decisions involving financial and budgetary issues.

**Responsibility and Decision-making:**
- Share award management expertise with junior team members, through mentorship, training, and problem-solving support.
- Provide significant input or take ownership of team planning initiatives (strategy development, work planning, etc.).
- Under the general direction of the supervisor, perform with a moderately high level of independent judgment, discretion, and personal responsibility.

*At the GS-13 Equivalent Level:*

The GS-13 level includes everything in the GS-12 level (above), with the addition of:

**Contextual Knowledge and Learning:**
- Maintain an in-depth understanding of the political and humanitarian interests of USG and other stakeholders specific to the country or region of responsibility.
- Prepare regular strategic and analytical reports on current or anticipated emergencies and disaster preparedness efforts.
- Serve as a resource for BHA and other senior officials for program-related planning efforts to include event and scenario-based contingency planning.

**Manage and Administer Emergency and/or Early Recovery, Risk Reduction, or Resilience related Grants and/or Contracts:**
- In coordination with BHA teams overseas, work with implementing partners on concept papers and proposals from BHA funding to ensure they align with BHA's objectives and application guidelines.

**Coordinate Portfolio Activities:**

10

- Provide support to the overseas country or regional team on program monitoring, assessments, and strategy development.
- Independently manage BHA/Washington engagement and coordination with BHA overseas staff in regional or country strategy development process.
- Monitor program funding and implementation against established strategies, analyze trends, and advise the Team Leader of recommendations.
- Influence programmatic policy in the area of responsibility, drawing upon expertise in humanitarian programming and principles and understanding of portfolio strategies.
- Identify overarching trends and programming issues and propose new methodologies, processes, or solutions, in coordination with other BHA offices, as necessary.
- Coordinate the regional team's program efforts with field-based BHA staff, other BHA colleagues, USAID bureaus, and other humanitarian stakeholders.

**Frequently use Written and Oral Communication:**
- Independently represent BHA interests in a wide range of senior-level gatherings across USAID, as well as at the desk officer level within the USG interagency.
- Develop and review communications to ensure they are consistently error-free, professional, and comprehensive.

**Financial Management:**
- Make strategic decisions about financial and budgetary factors in programming.

**Responsibility and Decision-making:**
- Lead projects and team activities, and provide mentorship, guidance, and training to other team members, at the Team Leader's discretion.
- Serve as the team's expert on USAID and BHA policy and programming requirements and guidelines across the area of responsibility, drawing on expertise across different types of awards/portfolios.
- Develop procedures and processes for the core team; provide input into Office and BHA procedures.
- Serve as acting Deputy Team Lead or Team Lead in the absence of the permanent Team Lead.

**SUPERVISORY RELATIONSHIP:**

The USPSC will take direction from and report to the Team Leader for the assigned region of responsibility or his/her designee.

**SUPERVISORY CONTROLS:**

For GS-12 and GS-13: The supervisor sets overall objectives and resources available. The USPSC consults with the supervisor to develop deadlines, projects, and work to be done. The USPSC is responsible for planning and carrying out assignments. The USPSC is responsible for planning approaches or methodology to be used in carrying out assignments.

**PHYSICAL DEMANDS**

11

The work is generally sedentary and does not pose undue physical demands. During deployment on DARTs (if required), and during site visits, there may be some additional physical exertion including long periods of standing, walking over rough terrain, or carrying of moderately heavy items (less than 50 pounds).

**WORK ENVIRONMENT**

- This position largely works in a typical office environment which often requires extensive periods working at a desk and on a computer.
- This position may require work in crisis-affected areas, which would entail occasional exposure to dangerous environments, such as those amidst conflict or natural disasters.
- This position is based in Washington, DC and will have optional telework flexibilities as prescribed by the supervisor. More information can be found in ADS 405 Telework.
- If deployed working on a disaster assistance response team (DART), the work may additionally involve special safety and/or security precautions, wearing of protective equipment, and exposure to severe weather conditions. Mandatory training will be provided.

**ARTICLE II -- PLACE OF PERFORMANCE**

The place of performance for the services under this contract is the Official USAID Worksite at **Washington, D.C. - USAID/BHA/MENAE.**

**ARTICLE III -- PERIOD OF PERFORMANCE**

The contractor's period of performance will be from November 19, 2023 through November 18, 2028.

**ARTICLE IV -- CONTRACTOR'S COMPENSATION AND REIMBURSEMENT**

A.  Line Items

| ITEM NO (A) | SUPPLIES/SERVICES (DESCRIPTION) (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0001 | **Base Period - Compensation, Fringe Benefits and Other Direct Costs (ODCs) - Yr. 1** <br> Award Type: Cost <br> Product Service Code: R497 <br> Accounting Info: <br> BBFY: 2024 Fund: FD-X23 OP: BHA/HBMO <br> Prog Area: PO.2 Dist Code: 997-W <br> BGA: 997 <br> SOC: 1130008; Funded: $117,722.00 <br> SOC: 1210408; Funded: $21,317.00 | 1 | LOT | $139,039.00 | $139,039.00 |

720BHA24S00007 with Andrea Danziger

| ITEM NO (A) | SUPPLIES/SERVICES (DESCRIPTION) (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0002 | **Base Period - Compensation, Fringe Benefits/ODCs - Yr. 2 (Unfunded)** | 1 | LOT | $146,768.00 | $146,768.00 |
| 0003 | **Base Period - Compensation, Fringe Benefits/ODCs - Yr. 3 (Unfunded)** | 1 | LOT | $159,125.00 | $159,125.00 |
| 0004 | **Base Period - Compensation, Fringe Benefits/ODCs - Yr. 4 (Unfunded)** | 1 | LOT | $163,536.00 | $168,081.00 |
| 0005 | **Base Period - Compensation, Fringe Benefits/ODCs - Yr. 5 (Unfunded)** | 1 | LOT | $177,582.00 | $177,582.00 |

B.   Allowable Costs included in the line items are as follows:

1.   Compensation/Daily Rate. The contractor's annual compensation rate is $97,339.00 ($373.12/day, equivalent to $46.64 per hour) with Washington, DC locality, calculated by dividing the annual compensation by 2087 hours multiplied by eight hours per day.

    For pay comparability increases, see the contract clause entitled "Work Schedule and Compensation    (Pay Comparability Adjustments)."

2.   Performance-Based Pay Increases. Pay increases based on annual written performance evaluations of satisfactory or better performance may increase the rate of pay to the next "step" within the GS-equivalent grade for this contract. When the contractor reaches the highest step within the GS-equivalent grade the rate will be "capped", and the contractor will not receive any additional step increases. This does not affect the pay comparability increases.

3.   Withholdings and Contributions. USAID will deduct tax and Federal Insurance Contributions Act (FICA) withholdings and provide employer FICA contributions in accordance with the contract clause entitled "Social Security, Federal Income Tax, and Foreign Earned Income."

4.   Health and Life Insurance. The contractor is eligible for reimbursement in accordance with the contract clause entitled "Insurance."

5.   Differentials and Allowances. The contractor may be eligible for additional pay and/or reimbursement in accordance with the contract clause entitled "Differentials and Allowances" as follows:

    •Post Differential
    •Danger Pay Allowance

6.   Work In Excess of 80 Hours/Pay Period. In accordance with the contract clause entitled "Work Schedule and Compensation (Pay Comparability and Locality Pay Adjustments)," the Contractor may be permitted to work more than 80 hours per pay period where such a work schedule is standard practice at an overseas Mission, or where such a schedule is specifically authorized, in

13

**Exhibit M, Page 14**

720BHA24S00007 with Andrea Danziger

writing and in advance, by the Contracting Officer, based on special circumstances and USAID's need for services.

Where the non-standard work schedule takes the form of a six or seven-day workweek, compensation for the approved additional workdays will be at the basic daily rate noted above. Compensation for work in excess of the 80-hour pay period will not be used to calculate differentials or allowances.

7. Compensatory Time. The contractor may be authorized compensatory time in accordance with the clause entitled "Leave and Holidays."

8. Overtime. For any overtime pay, it must be specifically authorized in writing by the Supervisor and submitted to the Contracting Officer in advance of the performance of such duty.

9. Other Pre-Contract Costs. The Contractor may be reimbursed for other approved expenses such as medical examinations and immunizations.

C. Total Estimated Cost (TEC)

In accordance with **Block 11** of the Cover Page of the contract, the total estimated cost budgeted for compensation, fringe benefits, and other direct costs in line items 0001, 0002, 0003, 0004 and 0005 is calculated to cover the period of November 19, 2023 through November 18, 2028.

| BUDGET DETAIL: COMPENSATION: | 11/19/2023-11/18/2024 | 11/19/2024-11/18/2025 | 11/19/2025-11/18/2026 | 11/19/2026-11/18/2027 | 11/19/2027-11/18/2028 |
|---|---|---|---|---|---|
| Annualized salary/2087*8/1/10/11/12/13 | 97,339 | 103,265 | 112,745 | 119,611 | 126,895 |
| PCA Days* Daily Rate* PCA%/1/10/11/12/13 | 2,474 | 2,636 | 2,891 | 3,081 | 3,283 |
| Hours Beyond Regular Workweek* Hourly Rate/2 | 11,194 | 11,875 | 12,965 | 13,755 | 14,593 |
| Post Differential Days*Daily Rate*PD%/3 | 2,798 | 2,969 | 3,241 | 3,439 | 3,648 |
| Danger Pay Days*Daily Rate*DP%/4 | 2,798 | 2,969 | 3,241 | 3,439 | 3,648 |
| Sunday Differential Days*Daily Rate*SD%/5 | 1,119 | 1,188 | 1,297 | 1,376 | 1,459 |
| **TOTAL** | **117,722** | **124,902** | **136,380** | **144,701** | **153,526** |
| **BENEFITS:** | | | | | |
| FICA (.062* Total Compensation)/6 | 7,299 | 7,744 | 8,456 | 8,971 | 9,519 |
| Medicare (.0145* Total Compensation)/6 | 1,707 | 1,811 | 1,978 | 2,098 | 2,226 |
| Health Insurance/7 | 7,266 | 7,266 | 7,266 | 7,266 | 7,266 |
| Life Insurance/8 | 500 | 500 | 500 | 500 | 500 |
| **TOTAL** | **16,772** | **17,321** | **18,200** | **18,835** | **19,511** |
| **TOTAL COMPENSATION AND BENEFITS** | **134,494** | **142,223** | **154,580** | **163,536** | **173,037** |
| **OTHER BENEFITS/ALLOWANCES:** | | | | | |
| Training & ODCs/9 | 4,545 | 4,545 | 4,545 | 4,545 | 4,545 |
| **TOTAL** | **4,545** | **4,545** | **4,545** | **4,545** | **4,545** |
| Compensation/Allowances/Differentials | 134,494 | 142,223 | 154,580 | 163,536 | 173,037 |
| Training & Other Direct Costs | 4,545 | 4,545 | 4,545 | 4,545 | 4,545 |
| **GRAND TOTAL** | **139,039** | **146,768** | **159,125** | **168,081** | **177,582** |

14

**Exhibit M, Page 15**

720BHA24S00007 with Andrea Danziger

**TOTAL ESTIMATED COST (Yr. 1 - Yr. 5)        $790,595**

| EOCC Subtotals | Code | Yr 1 Amount Funded | Yr 2 Estimated | Yr 3 Estimated | Yr 4 Estimated | Yr 5 Estimated |
|---|---|---|---|---|---|---|
| Basic Compensation | 1130008 | 111,007 | 117,776 | 128,601 | 136,447 | 144,771 |
| Post Differential | 1130008 | 2,798 | 2,969 | 3,241 | 3,439 | 3,648 |
| Danger Pay Differential | 1130008 | 2,798 | 2,969 | 3,241 | 3,439 | 3,648 |
| Sunday Differential | 1130008 | 1,119 | 1,188 | 1,297 | 1,376 | 1,459 |
| FICA/Medicare | 1210408 | 9,006 | 9,555 | 10,434 | 11,069 | 11,745 |
| Health Insurance | 1210408 | 7,266 | 7,266 | 7,266 | 7,266 | 7,266 |
| Life Insurance | 1210408 | 500 | 500 | 500 | 500 | 500 |
| Other Benefits/Allowances | 1210408 | 4,545 | 4,545 | 4,545 | 4,545 | 4,545 |
| **TOTAL** | | **139,039** | **146,768** | **159,125** | **168,081** | **177,582** |

**Budget Notes:**

* All costs have been rounded to the nearest whole dollar.

/1 At the onset of this contract, the annual salary will be $97,339.00 ($46.64 /hr. x 8 hrs. = $373.12/ day). This rate is equivalent to a GS-12/Step 02 on the 2023 GS pay scale with Washington D.C locality. This rate will apply from November 19, 2023, through January 13, 2024. A Pay Comparability Adjustment is _estimated_ for January 2024 and will increase the annual salary by $2,474.00 to $99,813.00 for 221 days from January 14, 2024, through November 18, 2024. **The _actual_ Federal Raise for this contract will be equal to the rate and effective as of the date of any raise received by U.S. Government employees _if_ _applicable_.**

/2 This line item provides an estimate of 240 hours per year, to fund hours worked beyond the normal workweek if it is standard practice at the US Mission post or if the BHA Office Director has authorized in advance, and in writing based on special circumstances and the needs of the service.

/3 This line item provides an estimated amount for Post Differential should the contractor be required to travel to a post with Post Differential in effect at the time of TDY. Post Differential Pay has been estimated for 30 days per year at 25% of the daily rate (current rate in effect for a Washington, DC post). The effective date and percentage of Post Differential will be in accordance with the Department of State Standardized Regulations (DSSR).

/4 This line item provides an estimated amount for Danger Pay, should the contractor be required to travel to a post which has Danger Pay in effect at the time of TDY. Danger Pay was computed at a rate of 25% of the daily rate (current rate in effect for a Washington, DC post) for an estimated 30 days per year. The effective date and percentage of Danger Pay shall be in accordance with the Department of State Standardized Regulations (DSSR).

/5 This line item provides an estimated amount for Sunday Differential Pay in accordance with ADS 309 and Mandatory Reference for ADS 472 'Administrative Claims for Sunday Premium Pay as a Result of Decision in Fathauer V. United States'. Payment is allowed if the contractor is required to work on a Sunday in a country where Sunday Differential Pay is authorized and where the Mission Director has deemed it appropriate. Sunday Differential Pay was computed at a rate of 25% of the daily rate for an estimated 12 days per year.

/6 This amount is based on a combination of Federal Insurance Contributions Act (FICA) calculated at 6.2%

15

**Exhibit M, Page 16**

720BHA24S00007 with Andrea Danziger

of the first $160,200.00 per year of personal compensation and Medicare calculated at 1.45% of total compensation per year. This amount represents the employer's contribution and is not paid to the contractor. FICA payments will be made in accordance with Internal Revenue Service (IRS) Circular E, and USAID will deduct FICA contributions from the employee's salary.

/7 A contribution of $7,266.00 per year has been provided toward health insurance for an individual plan and is applicable in accordance with AIDAR Appendix D (rate in accordance with AAPD 10-01 and applicability in accordance with AAPD 10-03). The amount shown on this line is the maximum contribution payable.

/8 A contribution of $500.00 per year has been provided toward life insurance and is applicable in accordance with AIDAR Appendix D.

/9 An amount of $4,545.00 per year is provided for Other Direct Costs. Of that amount, $2,000.00 per year has been provided for training, which is the standard amount of funds provided to BHA PSCs. Prior written approval from the Supervising Officer is required before enrolling in a training course; these funds are not transferable. Additionally, an estimated amount has been provided for approved other expenses to include but is not limited to such items as medical examinations and immunizations (in accordance with AAPD 10-01), professional liability insurance, taxis, business cards, courier fees and other administrative expenses incurred while conducting official USAID/BHA business.

/10 During the second year of this contract, the annual salary is <u>projected</u> to be $103,265.00 ($49.48/hr. x 8 hrs. = $395.84/day). This rate is equivalent to a <u>projected</u> GS-12/Step 03, with Washington, D.C. locality, provided a satisfactory performance evaluation is received. As the amount or percentage of the increase is not known at this point, an estimated amount of 3% is included to address the increase based on an average of past step increases. The actual step increase will be applied, if applicable, based on the GS scale presented by the Office of Personnel Management for that particular year. This rate will apply from November 19, 2024, through January 11, 2025. A Pay Comparability Adjustment is <u>estimated</u> for January 2025 and will increase the annual salary by $2,207.00 for 222 days from January 12, 2025, through November 18, 2025. **The <u>actual </u>Federal Raise for this contract will be equal to the rate and effective as of the date of any raise received by U.S. Government employees <u>if applicable</u>.**

/11 During the third year of this contract, the annual salary is <u>projected</u> to be $112,745.00 ($54.02 /hr. x 8 hrs. = $432.18/day). This rate is equivalent to a <u>projected</u> GS-13/Step 01, with Washington, D.C. locality, provided an exceeds fully successful performance evaluation is received. As the amount or percentage of the increase is not known at this point, an estimated amount of 6% is included to address the eligible year 3 grade increase. The actual grade increase will be applied, if applicable, based on the GS scale presented by the Office of Personnel Management for that particular year. Advancement to the GS-13 grade level is not guaranteed. This rate will apply from November 19, 2025, through January 10, 2026. A Pay Comparability Adjustment is <u>estimated</u> for January 2026 and will increase the annual salary by $2,891.00 for 223 days from January 11, 2026, through November 18, 2026. **The <u>actual </u>Federal Raise for this contract will be equal to the rate and effective as of the date of any raise received by U.S. Government employees <u>if applicable</u>.**

/12 During the fourth year of this contract, the annual salary is <u>projected</u> to be $119,611.00 ($57.31 /hr. x 8 hrs. = $458.50/day). This rate is equivalent to a <u>projected</u> GS-13/Step 02, with Washington, D.C. locality, provided a satisfactory performance evaluation is received. As the amount or percentage of the increase is not known at this point, an estimated amount of 3% is included to address the increase based

16

**Exhibit M, Page 17**

on an average of past step increases. The actual step increase will be applied, if applicable, based on the GS scale presented by the Office of Personnel Management for that particular year. This rate will apply from November 19, 2026, through January 09, 2027. A Pay Comparability Adjustment is <u>estimated</u> for January 2027 and will increase the annual salary by $3,081.00 for 224 days from January 10, 2027, through November 18, 2027. **The <u>actual </u>Federal Raise for this contract will be equal to the rate and effective as of the date of any raise received by U.S. Government employees <u>if applicable</u>.**

/13 During the fifth year of this contract, the annual salary is <u>projected</u> to be $126,895.00 ($60.80 /hr. x 8 hrs. = $486.42/day).  This rate is equivalent to a <u>projected</u> GS-13/Step 03, with Washington, D.C. locality, provided a satisfactory performance evaluation is received. As the amount or percentage of the increase is not known at this point, an estimated amount of 3% is included to address the increase based on an average of past step increases. The actual step increase will be applied, if applicable, based on the GS scale presented by the Office of Personnel Management for that particular year. This rate will apply from November 19, 2027, through January 08, 2028. A Pay Comparability Adjustment is <u>estimated</u> for January 2028 and will increase the annual salary by $3,283.00 for 225 days from January 09, 2028, through the completion date of November 18, 2028. **The <u>actual </u>Federal Raise for this contract will be equal to the rate and effective as of the date of any raise received by U.S. Government employees <u>if applicable</u>.**

D. Maximum U.S.-Dollar Obligation. The maximum <u>U.S. dollar obligation</u> under this contract must not exceed $139,039.00. The contractor must keep a close account of all obligations incurred and accrued under this contract and promptly notify the Contracting Officer whenever, in the contractor's opinion, the obligated maximum is not sufficient to cover all compensation and costs reimbursable in US dollars which the contractor anticipates under the contract.

E. USAID will pay the contractor <u>in U.S. dollars</u> for compensation and other necessary and reasonable costs actually incurred in the performance of the contract, as described in the allowable costs above, subject to the terms, conditions, and clauses in the contract, except as may be payable in the currency of the Cooperating Country pursuant to **Article IV.**

**ARTICLE V -- COSTS REIMBURSABLE AND LOGISTIC SUPPORT**

A. General: The contractor will be provided in local currency U.S. dollars for the following: N/A

B. Method of Payment of Local Currency Costs: Those contract costs which are specified as local currency costs in **paragraph A.** above, if not furnished in kind by the cooperating government or the Mission, will be paid to the contractor in a manner adapted to the local situation, based on vouchers submitted in accordance with General Provision entitled "Payment." The documentation for such costs shall be on such forms and in such manner as the Mission Director prescribes.

**ARTICLE VI -- PRE-CONTRACT EXPENSES**

No expense incurred before execution of this contract will be reimbursed unless such expense was incurred after receipt and acceptance of a pre-contract expense letter issued to the contractor by the Contracting Officer, and then only in accordance with the provisions and limitations contained in such letter. The rights and obligations created by such letter shall be considered as merged into this contract.

**ARTICLE VII -- ADDITIONAL SPECIAL CONTRACT REQUIREMENTS**

A.    Access to USAID Facilities and USAID's Information Systems

Homeland Security Presidential Directive-12 (HSPD-12) requires all Federal agencies to use a common Personal Identity Verification (PIV) standard when identifying and issuing access rights to users of federally-controlled facilities and/or federal information systems.  The contractor must comply with all applicable HSPD-12 and PIV procedures as described below, and any subsequent USAID or government-wide HSPD-12 and PIV procedures/policies, including related USAID General Notices, Office of Security Directives and/or Automated Directives System (ADS) policy directives and required procedures. This includes HSPD-12 procedures established in USAID/Washington and those procedures established by the overseas Regional Security Office.

The contractor may obtain access to USAID facilities or logical access to USAID's information systems only when and to the extent necessary to perform the services under this contract. (Overseas foreign nationals must comply with the requirements of the Regional Security Office.)

Before a contractor may obtain a USAID ID (new or replacement) authorizing the contractor routine access to USAID facilities or logical access to USAID's information systems, the contractor must provide two forms of identity source documents in original form and a passport size photo. One identity source document must be a valid Federal or state government-issued picture ID. Contractors performing services in the U.S. must contact the USAID Office of Security to obtain the list of acceptable forms of documentation, and contractors working in overseas Missions must obtain the acceptable documentation list from the Regional Security Officer. Submission of these documents, and related background checks, are mandatory in order for the contractor to receive a Personal Identity Verification (PIV)/Facilities Access Card (FAC), and before access will be granted to any of USAID's information systems. The contractor must physically present these two source documents for identity proofing upon enrollment at USAID/W or Mission security briefing.

The contractor is strictly prohibited from sharing logical access to USAID information systems and sensitive information. USAID will disable accounts and revoke logical access to USAID IT systems if the contractor share accounts.

USAID, at its discretion, may suspend or terminate the access to any systems and/or facilities when a potential information security incident or other electronic access violation, use, or misuse incident gives cause for such action. The suspension or termination may last until such time as USAID determines that the situation has been corrected or no longer exists.

The contractor must return any issued building access ID, PIV/FAC cards and remote authentication token to USAID custody upon termination or completion of the contract. Contact the USAID Office of Security, or Regional Security Office at overseas Missions, for further instruction.

B.   Department of State Medical Clearances Program

1.   In accordance with ADS 309mac – Medical Clearance Process for USPSCs, and TCNPSCs not subject to the Local Compensation Plan (LCP) – if the contractor travels or is on TDY abroad for 30 or more consecutive days, a valid and current medical clearance from the Department of State is required.

18

**Exhibit M, Page 19**

2.  If the contractor's duties require travel to other posts for 30 consecutive days or more, and has an existing medical clearance, the contractor may use the "Medical Clearance Update" form.

3.  Mission-Specific Forms: The contractor must submit any additional medical forms as may be required by a specific Mission or Operating Unit (e.g. Afghanistan or Iraq Pre-Deploy. Physical Exam Acknowledgement Sheet). See ADS 309mac.

 C. PSC Ombudsman

The PSC Ombudsman serves as a resource for any Personal Services Contractor who has entered into a contract with the United States Agency for International Development and is available to provide clarity on their specific contract with the agency. Please visit our page for additional information: https://www.usaid.gov/work-usaid/personal-service-contracts-ombudsman

The PSC Ombudsman may be contacted via: PSCOmbudsman@usaid.gov

D. Security Clearance

The PSC must obtain and maintain a Secret up to Top Secret/Sensitive Compartmentment Information (TS/SCI) level clearance.

E. Annual/Sick Leave Transfer

 (a)  Annual Leave

In accordance with the class deviation from AIDAR Appendix D, General Provision 5, "Leave and Holidays", approved by M/OAA on December 10, 2021 and deviation no. M-OAA-DEV-AIDAR-22-2c, because of a legally binding promise of the Agency, USAID is providing the contractor with an opening balance of annual leave for this contract of 104 hours, which is based on the amount of annual leave she accrued but was unable to use under her prior contract with USAID, 720BHA22S00123. The total opening balance of annual leave hours under this contract may not exceed 240 hours. The contractor has signed a leave forbearance memo, relinquishing any claim he may have to a lump sum payment for leave pursuant to the prior contract between the contractor and USAID. The opening balance of annual leave will be reflected in the Agency's timekeeping and payroll systems.

    The authorized starting balance for AL for this contract is 104 hours.

 (b)  Sick Leave

In accordance with the class deviation from AIDAR Appendix D, General Provision 5, "Leave and Holidays", approved by M/OAA on December 10, 2021 and deviation no. M-OAA-DEV-AIDAR-22-2c, because of a legally binding promise of the Agency, USAID is providing the contractor with an opening balance of sick leave for this contract of 74 hours, which is based on the amount of sick leave she accrued but was unable to use under her prior contract with USAID, 720BHA22S00123. The opening balance of sick leave may not exceed the ending balance of sick leave from the previous USPSC contract (completed in the same CPS and BHA bureau where there is no gap in service) and reflected in the Agency's timekeeping and payroll systems.

720BHA24S00007 with Andrea Danziger

The authorized starting balance for SL for this contract is 74 hours.

### C - GENERAL PROVISIONS CONTRACT CLAUSES
### USPSC AWARD

**1.    DEFINITIONS (JUN 1990) [DEVIATION (May 2020)]**

(a)  "USAID" shall mean the Agency for International Development.

(b)  "Administrator" shall mean the Administrator or the Deputy Administrator of USAID.

(c)   "Contracting Officer" shall mean a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(d)  "Contractor" shall mean the individual engaged to serve under this contract.

(e)  "Cooperating Country" shall mean the foreign country in or for which services are to be rendered hereunder.

(f)  "Cooperating Government" shall mean the government of the Cooperating Country.

(g)  "Government" shall mean the United States Government.

(h)  "Local currency" shall mean the currency of the Cooperating Country.

(i)  "Mission" shall mean the United States USAID Mission, or principal USAID office, in the  Cooperating Country, or USAID/Washington (USAID/W).

(j)  "Mission Director" shall mean the principal officer in the Mission in the Cooperating Country, or his/her designated representative.

(k)   "Technical Officer" shall mean the USAID official to whom the contractor reports, and who is responsible for monitoring the contractor's performance.

(l)  "Tour of duty" shall mean the contractor's period of service under this contract and shall include orientation in the United States (less language training), authorized leave, and international travel.

(m)  "Traveler" shall mean--

      (1)  The contractor in authorized travel status or

      (2)  Dependents of the contractor who are in authorized travel status.

(n)  Dependents means:

**Exhibit M, Page 21**

(1)  Spouse.

(2)  Children (including step and adopted children) who are unmarried and under 21 years of age or, regardless of age, are incapable of self-support.

(3)  Parents (including step and legally adoptive parents) of the contractor or of the spouse when such parents are at least 51 percent dependent on the contractor for support.

(4)  Sisters and brothers (including step or adoptive sisters or brothers) of the contractor, or of the spouse, when such sisters and brothers are at least 51 percent dependent on the contractor for support, unmarried and under 21 years of age, or regardless of age, are incapable of self-support.

(o) "U.S. Resident Alien", as used in this contract, shall mean an alien immigrant, legally resident in the United States, the Commonwealth of Puerto Rico, or the possessions of the United States, and having a valid "Alien Registration and Receipt Card" (Immigration and Naturalization Service forms I-151 or I-551).

(p) "Resident Hire U.S. Personal Services Contractor (USPSC)" means a U.S. citizen or resident alien who, at the time of contract award –

(i)  resides in the cooperating country for reasons other than U.S. government or non-U.S. government employment, under any contract or employment arrangement that provides repatriation to the U.S.; or

(ii)  is a spouse or dependent of a U.S. citizen or resident alien with U.S. government or non-U.S. government employment, under any contract or employment arrangement that provides repatriation to the U.S.

## 2.  COMPLIANCE WITH LAWS AND REGULATIONS APPLICABLE ABROAD (JUL 1993)

(a)  Conformity to Laws and Regulations of the Cooperating Country. Contractor agrees that, while in the cooperating country, he/she as well as authorized dependents will abide by all applicable laws and regulations of the cooperating country and political subdivisions thereof.

(b) Purchase or Sale of Personal Property or Automobiles. To the extent permitted by the cooperating country, the purchase, sale, import, or export of personal property or automobiles in the cooperating country by the contractor shall be subject to the same limitations and prohibitions which apply to Mission U.S.-citizen direct-hire employees.

(c) Code of Conduct. The contractor shall, during his/her tour of duty under this contract, be considered an "employee" (or if his/her tour of duty is for less than 130 days, a "special Government employee") for the purposes of, and shall be subject to, the provisions of 18 U.S.C. 202(a) and the USAID General Notice entitled "Employee Review of the New Standards of Conduct" pursuant to 5 CFR part 2635. The contractor acknowledges receipt of a copy of these documents by his/her acceptance of this contract.

## 3.  PHYSICAL FITNESS AND HEALTH ROOM PRIVILEGES (APR 1997) [DEVIATION (APR 2001)]

[The clause 3 is pending AIDAR revision. See ADS 309.3.2.2, and 309mac for current policy.]

(a) Physical Fitness

 (1)  For all assignments outside of the United States the contractor and any authorized dependents shall be required to be examined by a licensed doctor of medicine and meet the requirements of this provision.

 (2)  For assignments of 60 days or more in the Cooperating Country, the Contracting Officer shall provide the contractor and all authorized dependents copies of the ``USAID Contractor Employee Physical Examination Form'' (AID 1420-62) and a letter to present to the examining physician. The contractor and all authorized dependents shall obtain a physical examination from a licensed physician, who will complete the form for each individual. The examining physician shall forward the original forms to the Department of State, Office of Medical Services (M/MED) as prescribed in the letter. The contractor and any dependents shall not travel until authorized by the Contracting Officer after receipt of clearance by the Office of Medical Services.

(3)  For assignments of fewer than 60 days, the contractor shall obtain from the doctor a statement of medical opinion that, in the doctor's opinion, the contractor is physically able to engage in the type of activity for which he/she is to be employed under the contract. A copy of the statement(s) shall be provided to the Contracting Officer prior to the contractor's departure for the Cooperating Country, or for a U.S. resident hire, before he/she starts work under the contract. As an example, the doctor may choose to use the language of the doctor's statement of medical opinion at the end of the form AID 1420-62 which identifies the contractor by name may be used to meet this requirement. However, form AID 1420-62 is not required to be completed for contracts less than 60 days.

(b)  Reimbursement. As a contribution to the cost of medical examinations required by paragraph

(a) of this clause, the contractor will be reimbursed in an amount not to exceed half of the actual cost of the required basic examinations plus reimbursement of charges for immunizations. The reimbursement of half of the actual costs of the required basic examinations will be made after deducting any reimbursement the contractor receives for such examinations from the contractor's insurance company.

(c)  Health Room Privileges Overseas After the contractor and dependents receive M/MED clearance, routine health room services shall be available in their overseas location. Procedures at the Health Room shall be in accordance with post policy at the post of duty. These services do not include hospitalization or pre-departure examinations. These services normally include such medications as may be available, immunizations and preventive health measures, diagnostic examinations and advice, and home visits as medically indicated. Emergency medical treatment is provided to U.S. citizen contractor employees and dependents, whether or not they may have been granted access to routine health room services, on the same basis as it would be to any U.S. citizen in an emergency medical situation in the country.

**4.  WORK SCHEDULE AND COMPENSATION (PAY COMPARABILITY AND LOCALITY PAY ADJUSTMENTS) (JUL 2007) [DEVIATION (JUL 2022)]**

a) Work Schedule. The contractor's work schedule shall not be less than 80 hours per pay period, unless otherwise provided in the Contract Schedule, and shall coincide with the work schedule for those employees of the USAID Mission, Bureau, or Independent Office, or the Cooperating Country agency most closely associated with the work of this contract. If the contract is for less than full time (80 hours per pay period), the annual and sick leave earned shall be prorated (see the General Provision of this contract entitled Leave and Holidays).

**Exhibit M, Page 23**

720BHA24S00007 with Andrea Danziger

b) USAID promotes telework and remote work as workplace flexibilities for contractors. However, telework and remote work are arrangements to facilitate the accomplishment of work. The ability to telework or remote work is not a right or an entitlement and not all PSC positions will be conducive to telework or remote work. Telework and remote work are discretionary tools and may be terminated for business reasons, performance, operational needs, or a contractor's failure to comply with policy directives and required procedures and protocols. For a position that is authorized for remote work, an approved alternative worksite for the contractor will be approved in the Schedule of the contract. For positions that are not authorized for remote work, the contractor may be authorized to telework at the Agency's discretion based on Agency policy as from time to time amended. If the position is suitable for telework, as telework is not a right or entitlement and is discretionary, the contractor must receive approval from their supervisor by submitting a Telework Agreement in accordance with Agency policy.

c) Locality Pay. A contractor based in the United States who is not authorized to remote work will be entitled to locality pay based on the location of the Official USAID Worksite. A contractor based in the United States who is authorized to remote work will be entitled to locality pay based on the rate for the approved alternative worksite as specified in the Schedule of the contract. Any change to the approved alternative worksite will require a contract modification and may result in a change to the compensation as the locality pay will be adjusted accordingly. A contractor serving abroad is not authorized to receive locality pay.

d) Compensation (Pay Comparability) Adjustments. The contractor's compensation shall be adjusted to reflect the pay comparability adjustments, which are granted from time to time to U.S. direct-hire employees by Executive Order for the statutory pay systems (usually in January). Any adjustments authorized are subject to the availability of funds and shall not exceed that percentage stated in the Executive Order granting the adjustment. Further, the adjusted compensation may not exceed the annual "USAID Contractor Salary Threshold (USAID CST)", which is equivalent to the maximum rate for agencies without a certified SES performance appraisal system (or the equivalent hourly rate).

### 5. LEAVE AND HOLIDAYS (NOV 2020) [Deviation (NOV 2021)]

(a) Annual Leave.

(1) The contractor may accrue annual leave at the rate specified in paragraph (a)(2) of this clause as follows:

(i) If the contract period of performance is ninety (90) calendar days or more, and the contractor's performance is continuous for the contract period of performance, the contractor is entitled to accrue annual leave as of the start date of the contract.

(ii) If the contract period of performance is ninety (90) calendar days or more, and the contractor's performance is not continuous during the contract period of performance, the contractor is entitled to accrue annual leave only for each instance of continuous performance of ninety (90) calendar days or more.

(iii) If the contract period of performance is less than ninety (90) calendar days, the contractor is not entitled to accrue annual leave.

23

(2) The rate at which the contractor will accrue annual leave is based on the contractor's time in service according to the table of this paragraph (a)(2). The accrual rates are based on a full-time, 40-hour workweek, which will be prorated if the contract provides for a shorter workweek:

| Time in Service | Annual leave (AL) accrual rate |
|---|---|
| 0 to 3 years | 4 hours of leave for each 2-week period. |
| over 3, and up to 15 years | 6 hours of AL for each 2-week period (including 10 hours AL for the final pay period of a calendar year). |
| over 15 years | 8 hours of AL for each 2-week period. |

(i) USAID will calculate the time in service based on all the previous service performed by the contractor as—:

(A) An individual personal services contractor with USAID for any duration covered by Sec. 636(a)(3) of the FAA or other statutory authority applicable to USAID; and/or

(B) A former U.S. Government (USG) direct-hire civilian employee; and/or

(C) An honorable active-duty member of the uniformed services based on the definition in 5 U.S.C. 2101(3).

(ii) In addition to the information certified by the contractor in their Offeror Information form, the contracting officer may require the contractor to furnish copies of previously executed contracts, and/or other evidence of previous service (e.g., SF 50, DD Form 214 or 215) to conduct the due diligence necessary to verify creditable previous service.

(3) Annual Leave is provided under this contract primarily for the purposes of providing the contractor necessary rest and recreation during the period of performance. The contractor, in consultation with the Supervisor, must develop an annual leave schedule early in the period of performance, taking into consideration the requirements of the position, the contractor's preference, and other factors. The maximum amount of annual leave that the contractor can carry over from one leave year to the next is limited to 240 hours. The contractor's unused annual leave balance in excess of the 240 hour maximum at the end of the last pay period of each leave year will be forfeited, unless the requirements of the position precluded the contractor from taking such leave. The contractor may be authorized to restore annual leave for exceptional circumstances beyond the control of the contractor. The restoration of annual leave may be approved only by the USAID Administrator, cognizant Assistant Administrator or Head of an Independent Office reporting directly to the USAID Administrator, and cannot be delegated further. Annual leave restored must be scheduled and used no later than the earlier of either—

(i) The end of the leave year two years after the date fixed by the approving official as the termination date of the exceptional circumstances beyond the contractor's control, which resulted in the forfeiture; or

(ii) The end of the contract, whichever is earlier.

(4) The contractor must use all accrued annual leave during the period of performance. At the end of the contract, the contractor will forfeit any unused annual leave except where the requirements of the position precluded the contractor from taking annual leave. In this case, the contracting officer may authorize the following:

24

720BHA24S00007 with Andrea Danziger

(i) The contractor to take annual leave during the concluding weeks of the contract, not to exceed the period of performance; or

(ii) Payment of a lump-sum for annual leave not taken based on a signed, written determination and findings (D&F) from the contractor's supervisor. The D&F must set out the facts and circumstances that prevented the contractor from taking annual leave, and the contracting officer must find that the contractor did not cause, or have the ability to control, such facts and circumstances. This lump-sum payment must not exceed the number of days the contractor could have accrued during a twelve (12)-month period based on the contractor's accrual rate.

(5) The contractor may be granted advanced annual leave by the contracting officer when circumstances warrant. Advanced leave must be approved by the Mission Director, cognizant Assistant Administrator, or Head of an Independent Office reporting directly to the Administrator, as appropriate. In no case may the contracting officer grant advanced annual leave in excess of the amount the contractor can accrue in a twelve (12)-month period or over the life of the contract, whichever is less. At the end of the period of performance or at termination, the contractor must reimburse USAID for any outstanding balance of advanced annual leave provided to the contractor under the contract.

(b) *Sick Leave.* The contractor may use sick leave on the same basis and for the same purposes as USAID direct-hire employees. The contractor will accrue sick leave at a rate not to exceed four (4) hours every two (2) weeks for a maximum of thirteen (13) workdays per year based on a full-time, 40-hour workweek, and the rate of accrual will be prorated if the contract provides for a shorter workweek. The contractor may carry over unused sick leave from year to year under the same contract, and to a new follow-on contract for the same work at the same place of performance. The contractor is not authorized to carry over sick leave to a new contract for a different position or at a different location. The contractor will not be compensated for unused sick leave at the completion of this contract.

(c) *Home Leave.* (1) The contractor may be granted home leave to be taken only in the U.S., its commonwealth, possessions, or territories, in one continuous period, under the following conditions:

(i) The contractor must complete twenty-four (24) continuous months of service abroad under this contract, and must not have taken more than thirty (30) workdays leave (annual, sick, or LWOP) in the U.S., its commonwealths, possessions, or territories. The required service abroad will include the actual days in orientation in the U.S. (excluding any language training), travel time by the most direct route, and actual days abroad beginning on the date of arrival in the cooperating country. Any annual and sick leave taken abroad, excluding leave without pay (LWOP), will count toward the period of service abroad. Any days of annual and sick leave taken in the U.S., its commonwealths, possessions, or territories will not be counted toward the required twenty-four (24) months of service abroad.

(ii) The contractor must agree to return immediately after completing home leave to continue performance for an additional—

(A) Two (2) years, or

(B) Not less than one (1) year, if approved in writing by the Mission Director before the contractor departs on home leave.

25

**Exhibit M, Page 26**

(iii) If the contractor agrees to meet the conditions in paragraph (c)(1)(ii) of this clause above by returning to the same USAID Mission under this contract or a new contract, the contractor may be granted thirty (30) workdays of home leave.

(iv) If the contractor agrees to meet the continued performance conditions of paragraph (c)(1)(ii) of this clause and will be relocating to a different USAID Mission under a new USAID personal services contract immediately following the completion of home leave, the contractor may be granted twenty (20) workdays of home leave. USAID will provide the contractor these twenty days of home leave under this contract, not under the new contract.

(v) If home leave eligibility is based on paragraph (c)(1)(iv) of this clause, prior to departure on home leave, the contractor must submit to the contracting officer at the current Mission, a copy of the new contract with a special award condition in the contract Schedule indicating the contractor's obligation to fulfill the commitment for continued performance in accordance with paragraph (c)(1)(ii) of this clause.

(2) Notwithstanding the requirements in paragraph (c)(1) of this clause, the contractor may be granted advanced home leave subject to all of the following conditions:

(i) Granting of advanced home leave would serve in each case to advance the attainment of the objectives of this contract; and

(ii) The contractor has served at least eighteen (18) months abroad, as defined in paragraph (c)(4) of this clause, at the same USAID Mission under this contract, and has not taken more than 30 workdays leave (annual, sick or LWOP) in the U.S.; and

(iii) The contractor agrees to return immediately to the same Mission to complete the time remaining to meet the twenty-four (24) month period of service required for home leave, which begins after the contractor returns from home leave, plus an additional—

(A) Two (2) years, or

(B) Not less than one (1) year, if approved by the Mission Director, under the current contract, or under a new contract for the same or similar services at the same Mission, before the contractor departs on home leave.

(3)(i) Home leave must be taken only in the U.S., its commonwealths, possessions, or territories. Any days spent in any other location will be charged to annual leave, or if the contractor does not have accrued annual leave to cover these days, the contractor will be placed on LWOP.

(ii) Travel time by the most direct route is authorized in addition to the home leave authorized under this "Leave and Holidays" clause. Salary during travel to and from the U.S. for home leave will be limited to the time required for travel by the most direct and expeditious route. Additional home leave travel requirements are included in the "Travel and Transportation Expenses" clause of this contract.

(iii) Except for reasons beyond the contractor's control as determined by the contracting officer, the contractor must return abroad immediately after home leave to fulfill the additional required continued performance of services for any home leave provided under this contract, or else the contractor must reimburse USAID for the salary and benefits costs of home leave, travel and transportation, and any other payments related to home leave.

(iv) Unused home leave is not reimbursable under this contract.

(4) The contracting officer may authorize the contractor to spend no more than five (5) days in work status for consultation at USAID/Washington while on home leave in the U.S., before returning abroad. Consultation in excess of five (5) days or at locations other than USAID/Washington must be approved in advance by the Mission Director or the contracting officer.

(d) *Home Leave for Qualifying Posts.* (1) If the contractor ordinarily qualifies for home leave and has completed a 12-month period at one of the USAID qualifying Missions, as announced by the Department of State or USAID, the contractor is entitled to ten (10) workdays of home leave in addition to the home leave the contractor is normally entitled to in accordance with paragraph (c) of this "Leave and Holidays" clause.

(2) There is no requirement that an eligible contractor take this additional home leave for qualifying Missions; it is for use at the contractor's option. If the contractor is eligible and elects to take such home leave, the contractor must take all ten (10) workdays at one time in the U.S. under the conditions described in paragraphs (c)(3) and (c)(4) of this clause. If the contractor is returning to the U.S. and not returning abroad to the same or different USAID Mission, the contractor is not eligible for home leave for qualifying Missions, and this paragraph (d) will not apply.

(e) *Holidays and Administrative Leave.* The contractor is entitled to all holidays and administrative leave granted by USAID to U.S. direct-hire employees as announced by the Agency or Mission.

(f) *Military Leave.* Military leave of not more than fifteen (15) calendar days in any calendar year may be granted to the contractor who is a reservist of the U.S. Armed Forces, provided that the military leave has been approved, in advance, by the contracting officer or the Mission Director. A copy of the contractor's official orders and the contracting officer or Mission Director approval will be part of the contract file.

(g) *Leave Without Pay (LWOP).* The contractor may be granted LWOP only with the written approval of the contracting officer or Mission Director, unless a such leave is requested for family and medical leave purposes under paragraph (i) of this clause.

(h) *Compensatory Time.* USAID may grant compensatory time off only with the written approval of the contracting officer or Mission Director in rare instances when it has been determined absolutely essential and consistent with the policies that apply to USAID U.S. direct-hire employees. The contractor may use earned compensatory time off in accordance with policies that apply to USAID direct-hire employees.

(i) *Family and Medical Leave.* (1) USAID provides family and medical leave for eligible USPSCs working within the U.S., or any territories or possession of the U.S., in accordance with Title I of the Family and Medical Leave Act of 1993, as amended (FMLA), and as administered by the Department of Labor under 29 CFR 825. USAID also provides family and medical leave to eligible USPSCs working outside the U.S., or any territories or possession of the U.S., in accordance with this paragraph (i) outside the provisions of Title I of the FMLA as a matter of policy discretion.

(2) Family and medical leave only applies to USPSCs, not any other type of PSC.

(3) In accordance with 29 CFR 825.110, to be eligible for family and medical leave, the contractor must have--

27

720BHA24S00007 with Andrea Danziger

(i) Been employed or under contract for at least twelve (12) months with a U.S. federal agency as a direct-hire or a personal services contractor; and

(ii) Performed at least 1,250 hours of service with a U.S. federal agency as a direct hire or a personal services contractor during the previous 12-month period immediately preceding the commencement of family and medical leave.

(4) In accordance with 29 CFR 825.200(a), and USAID's internal policies available in Automated Directive System Chapter 309 (ADS 309), an eligible contractor may take up to twelve (12) workweeks of leave under FMLA, Title I, in any 12-month period for the reasons specified in 29 CFR 825.112.

(5) In accordance with 29 CFR part 825.207, the contractor may take LWOP for family and medical leave purposes. However, the contractor may choose to substitute LWOP with accrued annual or sick leave earned under the terms of this contract. If the contractor does not choose to substitute accrued paid leave, the contracting officer, in consultation with the contractor's supervisor, may require the contractor to substitute accrued paid leave for LWOP. The contracting officer must obtain the required certifications for approval of family medical leave in accordance with USAID policy. The contractor must notify the contractor's Supervisor of the intent to substitute paid leave for LWOP prior to the date such paid leave commences. After having invoked the entitlement to family and medical leave and taking LWOP for that purpose, the contractor cannot retroactively substitute paid leave for the LWOP already taken under family and medical leave.

(6) Family medical leave is not authorized for any period beyond the completion date of this contract.

(7) When requesting family medical leave, the contractor must submit the relevant leave request in writing, including certifications and other supporting documents required by 29 CFR 825 and USAID policy in ADS 309.

(8) The U.S. Department of Labor's (DOL's) Wage and Hour Division (WHD) Publication 1420 explains the FMLA's provisions and provides information concerning procedures for filing complaints for violations of the Act.

(j) *Paid Parental Leave*.

(1) If the contractor is eligible for family and medical leave in accordance with paragraph (i) "Family and Medical Leave" of this clause, then instead of family and medical leave, the contractor may be authorized to take paid parental leave as specified in this paragraph, similar to that provided to USAID direct-hire employees. When authorized to do so by the contracting officer, the contractor may elect to substitute paid parental leave for up to twelve (12) workweeks of family and medical leave, as specified in paragraph (i) of this clause. The contractor may take such paid parental leave after the occurrence of the birth or placement of a child which results in the contractor assuming and continuing a parental role with respect to the newly born or placed child in accordance with the requirements of this paragraph (j).

(2) Paid parental leave may be taken intermittently or on a reduced leave schedule, subject to the mutual agreement of the contractor and their supervisor. Paid parental leave must be used no later than the end of the 12-month period beginning on the date of the birth or placement involved. At the end of that 12-month period, any unused balance of paid parental leave expires and is not available for future use. No payment will be made for unused or expired paid parental leave. Paid parental

28

**Exhibit M, Page 29**

leave is not annual leave, and thus will not be included in any lump-sum payment for annual leave following completion or termination of the contract.

(3) To establish eligibility for paid parental leave, the contracting officer may require the contractor to provide documentation of entitlement and a signed certification. Appropriate documentation of entitlement is to show that the contractor's use of paid parental leave is directly connected with a birth or placement that has occurred, such as a birth certificate or a document from an adoption or foster care agency regarding the placement. By the signed certification, the contractor is attesting that the paid parental leave is being taken by the contractor in connection with the documented birth or placement, and that the contractor has a continuing parental role with respect to the newly born or placed child.

(4) (i) The contractor may not use any paid parental leave unless the contractor agrees in writing, before commencement of the leave, to return immediately after completing paid parental leave to continue performance under this contract for at least 12 workweeks. This 12-workweek period of performance obligation begins on the contractor's first scheduled workday after the contractor concludes taking such leave, whether taken consecutively or intermittently, regardless of the amount of leave taken. The period of performance obligation by the contractor is fixed at 12 workweeks regardless of the amount of leave used by the contractor.

Due to this 12-workweek mandatory period of performance obligation, the contracting officer will not authorize paid parental leave for use by the contractor within the last 12 workweeks before the contract end date, including option periods if any, regardless whether exercised. Within the last 24 workweeks of the contract, because of the mandatory 12-week period of obligation, the contracting officer will only authorize paid parental leave for any time remaining before the contract end date beyond the 12-week mandatory period of performance. Any paid parental leave taken by the contractor as well as the 12-week period of performance obligation must be completed by the contract end date, including any option periods, regardless of whether exercised.

(ii) If the contractor is eligible for paid parental leave, but is physically or mentally incapable of entering into the period of performance obligation agreement before the period of leave, such leave may be temporarily authorized, or retroactively invoked upon return to duty, subject to a determination that, in the Agency's judgment, the contractor was incapable of entering into such agreement in accordance with the requirements of this paragraph (4) at the time of the commencement of the leave entitlement.

(5) (i) If, during the period of paid parental leave or of the required 12-workweek period of performance obligation, the contractor learns, or decides, they will not be able or willing to complete the period of performance obligation, the contractor must notify their supervisor and contracting officer of the situation as soon as possible. After receiving such notice, the contracting officer will coordinate with the supervisor to determine whether reimbursement is required in accordance with this paragraph (5).

(ii) If the contractor fails to return to work for the required 12-week obligation, the Agency will require reimbursement from the contractor of an amount equal to the total amount of the Government contributions paid by the Agency to or on behalf of the contractor to maintain the contractor's health insurance coverage during the period of paid parental leave.

(iii) The contracting officer may waive the reimbursement requirement of this paragraph (5) if the contractor is unable to fulfill the required 12-workweek obligation for any of the following reasons:

**Exhibit M, Page 30**

(A) in the Agency's judgment, the contractor is unable to return to work because of the continuation, recurrence, or onset of a serious health condition (including mental health) of the contractor or the newly born or placed child—but only if the condition is related to the applicable birth or placement; or

(B) in the Agency' judgment, the contractor is unable to return to work due to circumstances beyond the contractor's control that precludes performance under the contract; or

(C) the contracting officer terminates the contract for convenience in accordance with the clause entitled "Termination", or does not exercise any option period.

(k) *Leave Records.* The contractor must maintain their current leave records and make them available as requested by the Mission Director or the contracting officer.

## 6. DIFFERENTIAL AND ALLOWANCES (NOV 2020)

(a) The following differential and allowances will be granted to the contractor and his/her authorized dependents to the same extent and on the same basis as they are granted to U.S. citizen direct-hire employees at the Mission by the Standardized Regulations (Government Civilians, Foreign Areas), as from time to time amended, except as noted to the contrary below:

| Applicable Reference to Standardized Regulations | |
|---|---|
| (1) Post Differential | Chapter 500 and Tables in Chapter 900. |
| (2) Living Quarters Allowance | Section 130. |
| (3) Temporary Lodging Allowance | Section 120. |
| (4) Post Allowance | Section 220. |
| (5) Supplemental Post Allowance | Section 230. |
| (6) Payments During Evacuation | Section 600. |
| (7) Education Allowance | Section 270. |
| (8) Separate Maintenance Allowance | Section 260. |
| (9) Danger Pay Allowance | Section 650. |
| (10) Education Travel | Section 280. |

(1) Post Differential. Post differential is an additional compensation for service at places in foreign areas where conditions of environment differ substantially from conditions of environment in the continental United States and warrant additional compensation as a recruitment and retention incentive. In areas where post differential is paid to USAID direct- hire employees, post differential not to exceed the percentage of salary as is provided such USAID employees in accordance with the Standardized Regulations (Government Civilians, Foreign Areas) Chapter 500 (except the limitation contained in Section 552, "Ceiling on Payment") Tables--Chapter 900, as from time to time amended, will be reimbursable hereunder for employees in respect to amounts earned during the time such employees actually spend overseas on work under this contract. When such post differential is provided to the contractor, it shall be payable beginning on the date of arrival at the post of assignment and continue, including periods away from post on official business, until the close of business on the day of departure from post of assignment enroute to the United States. Sick or vacation leave taken at or away from the post of assignment will not interrupt the continuity of the

assignment or require a discontinuance of such post differential payments, provided such leave is not taken within the United States or the territories of the United States. Post differential will not be payable while the employee is away from his/her post of assignment for purposes of home leave. Short-term employees shall be entitled to pose differential beginning with the forty-third (43rd) day at post.

(2) Living Quarters Allowance. Living quarters allowance is an allowance granted to reimburse an employee for substantially all of his/her cost for either temporary or residence quarters whenever Government-owned or Government-rented quarters are not provided to him/her at his/her post without charge. Such costs are those incurred for temporary lodging (temporary lodging allowance) or one unit of residence quarters (living quarters allowance) and include rent, plus any costs not included therein for heat, light, fuel, gas, electricity, and water. The temporary lodging allowance and the living quarters allowance are never both payable to an employee for the same period of time. The contractor will receive living quarters allowance for payment of rent and utilities if such facilities are not supplied. Such allowance shall not exceed the amount paid USAID employees of equivalent rank in the Cooperating Country, in accordance with either the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 130, as from time to time amended, or other rates approved by the Mission Director. Subject to the written approval of the Mission Director, short-term employees may be paid per diem (in lieu of living quarters allowance) at rates prescribed by the Federal Travel Regulations, as from time to time amended, during the time such short-term employees spend at posts of duty in the Cooperating Country under this contract. In authorizing such per diem rates, the Mission Director shall consider the particular circumstances involved with respect to each such short-term employee including the extent to which meals and/or lodging may be made available without charge or at nominal cost by an agency of the United States Government or of the Cooperating Government, and similar factors.

(3) Temporary Lodging Allowance. Temporary lodging allowance is a quarters allowance granted to an employee for the reasonable cost of temporary quarters incurred by the employee and his/her family for a period not in excess of (i) three months after first arrival at a new post in a foreign area or a period ending with the occupation of residence (permanent) quarters, if earlier, and (ii) one month immediately preceding final departure from the post subsequent to the necessary vacating of residence quarters. The contractor will receive temporary lodging allowance for himself/herself and authorized dependents, in lieu of living quarters allowance, not to exceed the amount set forth in the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 120, as from time to time amended.

(4) Post Allowance. Post allowance is a cost-of-living allowance granted to an employee officially stationed at a post where the cost of living, exclusive of quarters cost, is substantially higher than in Washington, D.C. The contractor will receive post allowance payments not to exceed those paid USAID employees in the Cooperating Country, in accordance with the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 220, as from time to time amended.

(5) Supplemental Post Allowance. Supplemental post allowance is a form of post allowance granted to an employee at his/her post when it is determined that assistance is necessary to defray extraordinary subsistence costs. The contractor will receive supplemental post allowance payments not to exceed the amount set forth in the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 230, as from time to time amended.

**Exhibit M, Page 32**

(6)  Payments During Evacuation. The Standardized Regulations (Government Civilians, Foreign Areas) provide the authority for efficient, orderly, and equitable procedure for the payment of compensation, post differential and allowances in the event of an emergency evacuation of employees or their dependents, or both, from duty stations for military or other reasons or because of imminent danger to their lives. If evacuation has been authorized by the Mission Director, the contractor will receive payments during evacuation for himself/herself and authorized dependents evacuated from their post of assignment in accordance with the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 600, and the Federal Travel Regulations, as from time to time amended.

(7)  Educational Allowance. Educational allowance is an allowance to assist the contractor in meeting the extraordinary and necessary expenses, not otherwise compensated for, incurred by reason of his/her service in a foreign area in providing adequate elementary and secondary education for his/her children. The contractor will receive educational allowance payments for his/her dependent children in amounts not to exceed those set forth in Standardized Regulations (Government Civilians, Foreign Areas), Chapter 270, as from time to time amended.

(8)  Separate Maintenance Allowance. Separate maintenance allowance is an allowance to assist an employee who is compelled by reason of dangerous, notably unhealthful, or excessively adverse living conditions at his/her post of assignment in a foreign area, or for the convenience of the Government, to meet the additional expense of maintaining his/her dependents elsewhere than at such post. The contractor will receive separate maintenance allowance payments not to exceed that made to USAID employees in accordance with the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 260, as from time to time amended.

(9)  Danger Pay Allowance. Danger pay allowance is an allowance to provide additional compensation above basic compensation to employees in foreign areas where civil insurrection, civil war, terrorism or wartime conditions threaten physical harm or imminent danger to the health or well-being of the employee. The danger pay allowance is in lieu of that part of the post differential, which is attributable to political violence. Consequently, the post differential may be reduced while danger pay is in effect to avoid dual crediting for political violence. The contractor shall be allowed danger pay allowance not to exceed that paid USAID employees in the Cooperating Country, in accordance with the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 650, as from time to time amended.

(10)  Educational Travel. Educational travel is travel to and from a school in the United States for secondary education (in lieu of an educational allowance) and for college education. The contractor will receive educational travel payments for his/her dependent children provided such payment does not exceed that which would be payable in accordance with the Standardized Regulations (Government Civilians, Foreign Areas), Chapter 280, as from time to time amended. Educational travel shall not be authorized for contractors whose assignment is less than two years.

(b)  The allowances provided in paragraphs (a) (1) through (10) of this provision shall be paid to the contractor in dollars or in the currency of the Cooperating Country in accordance with practice prevailing at the Mission, or the Mission Director may direct that the contractor be paid a per diem in lieu thereof as prescribed by the Standardized Regulations (Government Civilians, Foreign Areas), as from time to time amended.

**Exhibit M, Page 33**

**7. SOCIAL SECURITY, FEDERAL INCOME TAX, AND FOREIGN EARNED INCOME (JUN 1990)**

(a) F.I.C.A. contributions and U.S. Federal Income Tax withholding shall be deducted in accordance with regulations and rulings of the Social Security Administration and the U.S. Internal Revenue Service, respectively.

(b) The contractor is not eligible for the "foreign earned income" exclusion under the IRS Regulations (see 26 CFR 1.911-3(c)(3)).

**8. ADVANCE OF DOLLAR FUNDS (APR 1997)**

If requested by the contractor and authorized in writing by the Contracting Officer, USAID will arrange for an advance of funds to defray the initial cost of travel, travel allowances, authorized pre-contract expenses, and shipment of personal property. The advance shall be granted on the same basis as to a USAID U.S.-citizen direct-hire employee in accordance with USAID ADS 633.

**9. INSURANCE (APR 1997) [Deviation (DEC 2009)]**

(a) Worker's Compensation Benefits. The contractor shall be provided worker's compensation benefits in accordance with the Federal Employees' Compensation Act.

(b) Health and Life Insurance.

(1) The contractor shall be provided a maximum contribution of up to 72% against the actual costs of the contractor's annual health insurance costs, provided that such costs may not exceed the maximum U.S. Government contribution for direct-hire personnel as announced periodically by USAID's Office of Acquisition and Assistance.

(2) The contractor shall be provided a contribution of up to 50% against the actual costs of annual life insurance not to exceed $500.00 per year.

(3) Retired U.S. Government employees shall not be paid additional contributions for health or life insurance under their contracts. The Government will normally have already paid its contribution for the retiree unless the employee can prove to the satisfaction of the Contracting Officer that his/her health and life insurance does not provide or specifically excludes coverage overseas. In such case, the contractor would be eligible for contributions under paragraphs (b)(1) or (2) as appropriate.

(4) Proof of health and life insurance coverage shall be submitted to the Contracting Officer before any contribution is paid. On assignments of less than one year, costs for health and life insurance shall be prorated and paid accordingly.

(5) A contractor who is a spouse of a current or retired Civil Service, Foreign Service, or Military Service member and who is covered by their Government employee's or retiree's Government health or life insurance policy is ineligible for the contribution under paragraphs (b)(1) or (b)(2) of this provision.

(c) Insurance on Private Automobiles. If the contractor or his/her dependents transport, or cause to be transported, privately owned automobile(s) to the Cooperating Country, or any of them purchase an

**Exhibit M, Page 34**

automobile within the Cooperating Country, the contractor agrees to ensure that all such automobile(s) during such ownership within the Cooperating Country will be covered by a current, i.e., not in arrears, insurance policy issued by a reliable company providing the following minimum coverage, or such other minimum coverage as may be set by the Mission Director, payable in U.S. dollars or its equivalent in the currency of the Cooperating Country: injury to persons, $10,000/$20,000; property damage, $5,000. The contractor further agrees to deliver, or cause to be delivered to the Mission Director, the insurance policies required by this clause or satisfactory proof of the existence thereof, before such automobile(s) is/are operated within the Cooperating Country. The premium costs for such insurance shall not be a reimbursable cost under this contract.

## 10. TRAVEL AND TRANSPORTATION EXPENSES (JUL 1993)

(a) <u>General</u>.

(1) USAID/Washington Office of Administrative Services, or such other office as may be designated by that office, may furnish Transportation Requests (TR's) to the contractor for transportation authorized by this contract originating in the United States, and the executive or administrative officer at the Mission may furnish TR's for such authorized transportation which is payable in local currency or is to originate overseas. When transportation is not provided by the Government-issued TR, the contractor shall procure his/her own transportation, the costs of which will be reimbursed in accordance with the terms of this contract.

(2) The contractor will be reimbursed for reasonable, allocable and allowable travel and transportation expenses incurred under and for the performance of this contract. Determination of reasonableness, allocability and allowability will be made by the Contracting Officer in accordance with USAID's established policies and procedures for USAID direct-hire employees, and the particular needs of the activity being implemented by this contract. The following paragraphs provide specific guidance and limitations on particular items of cost.

(b) <u>U.S. Travel and Transportation</u>. The contractor shall be reimbursed for actual transportation costs and travel allowances in the United States as authorized in the Contract Schedule or approved in advance by the Contracting Officer or the Mission Director. Transportation costs and travel allowances shall not be reimbursed in any amount greater than the cost of, and time required for, Economy-class commercially scheduled air travel by the most expeditious route except as otherwise provided in paragraph (g) of this provision unless economy air travel is not available, and the contractor certifies to this in his/her voucher or other documents submitted for reimbursement.

(c) <u>International Travel</u>. For travel to and from post of assignment, the contractor shall be reimbursed for travel costs and travel allowances from place of residence in the United States (or other location provided that the cost of such travel does not exceed the cost of the travel from the contractor's residence in the United States) to the post of duty in the Cooperating Country and return to place of residence in the United States (or other location provided that the cost of such travel does not exceed the cost of travel from the post of duty in the Cooperating Country to the contractor's residence) upon completion of services by the individual. Reimbursement for travel will be in accordance with USAID's established policies and procedures for its direct-hire employees and the provisions of this contract, and will be limited to the cost of travel by the most direct and expeditious route. If the contract is for longer than one year and the contractor does not complete one full year at post of duty (except for reasons beyond his/her control), the costs of going to and from the post of duty for the contractor and his/her dependents are

not reimbursable hereunder. If the contractor serves more than one year but less than the required service in the Cooperating Country (except for reasons beyond his/her control) the costs of going to the post of duty are reimbursable hereunder but the costs of going from post of duty to the contractor's permanent, legal place of residence at the time he or she was employed for work under this contract, or other location as approved by the Contracting Officer, are not reimbursable under this contract for the contractor and his/her dependents. When travel is by economy class accommodations, the contractor will be reimbursed for the cost of transporting up to 10 kilograms/22 pounds of accompanied personal baggage per traveler in addition to that regularly allowed with the economy ticket provided that the total number of pounds of baggage does not exceed that regularly allowed for first class travelers. Travel allowances for travelers shall not be in excess of the rates authorized in the Standardized Regulations (Government Civilians, Foreign areas)-hereinafter referred to as the Standardized Regulations--as from time to time amended, for not more than the travel time required by scheduled commercial air carrier using the most expeditious route. One stopover enroute for a period of not to exceed 24 hours is allowable when the traveler uses economy class accommodations for a trip of 14 hours or more of scheduled duration. Such stopover shall not be authorized when travel is by indirect route or is delayed for the convenience of the traveler. Per diem during such stopover shall be paid in accordance with the Federal Travel Regulations as from time to time amended.

(d)  Local Travel. Reimbursement for local travel in connection with duties directly referable to the contract shall not be in excess of the rates established by the Mission Director for the travel costs of travelers in the Cooperating Country. In the absence of such established rates the contractor shall be reimbursed for actual travel costs in the Cooperating Country or the Mission, including travel allowances at rates not in excess of those prescribed by the Standardized Regulations.

(e)  Indirect Travel for Personal Convenience. When travel is performed by an indirect route for the personal convenience of the traveler, the allowable costs of such travel will be computed on the basis of the cost of allowable air fare via the direct usually traveled route. If such costs include fares for air or ocean travel by foreign flag carriers, approval for indirect travel by such foreign flag carriers must be obtained from the Contracting Officer or the Mission Director before such travel is undertaken, otherwise only that portion of travel accomplished by the United States-flag carriers will be reimbursable within the above limitation of allowable costs.

(f)  Limitation on Travel by Dependents. Travel costs and allowances will be allowed for authorized dependents of the contractor and such costs shall be reimbursed for travel from place of abode to assigned station in the Cooperating Country and returned, only if the dependent remains in the Cooperating Country for at least 9 months or one-half of the required tour of duty of the contractor, whichever is greater, except as otherwise authorized hereunder for education, medical or emergency visitation travel. If the dependent is eligible for educational travel pursuant to the "Differential and Allowances" clause of this contract, time spent away from post resulting from educational travel will be counted as time at post.

(g)  Delays Enroute. The contractor may be granted reasonable delays enroute while in travel status when such delays are caused by events beyond the control of the contractor and are not due to circuitous routine. It is understood that if delay is caused by physical incapacitation, he/she shall be eligible for such sick leave as provided under the "Leave and Holidays" clause of this contract.

(h)  Travel by Privately Owned Automobile (POV). If travel by POV is authorized in the contract schedule or approved by the Contracting Officer, the contractor shall be reimbursed for the cost of travel performed

in his/her POV at a rate not to exceed that authorized in the Federal Travel Regulations plus authorized per diem for the employee and for each of the authorized dependents traveling in the POV, if the POV is being driven to or from the Cooperating Country as authorized under the contract, provided that the total cost of the mileage and the per diem paid to all authorized travelers shall not exceed the total constructive cost of fare and normal per diem by all authorized travelers by surface common carrier or authorized air fare, whichever is less.

(i)  Emergency and Irregular Travel and Transportation. Emergency transportation costs and travel allowances while enroute, as provided in this section, will be reimbursed not to exceed amounts authorized by the Foreign Service Travel Regulations for USAID-direct hire employees in like circumstances under the following conditions:

(1)  The costs of going from post of duty in the Cooperating Country to the employee's permanent, legal place of residence at the time he or she was employed for work under this contract or other location for contractor employees and dependents and returning to the post of duty, subject to the prior written approval of the Mission Director that such travel is necessary for one of the following reasons:

(i)  Need for medical care beyond that available within the area to which the employee is assigned, or serious effect on physical or mental health if residence is continued at assigned post of duty. The Mission Director may authorize a medical attendant to accompany the employee at contract expense if, based on medical opinion, such an attendant is necessary.

(ii)  Death, or serious illness or injury of a member of the immediate family of the employee or the immediate family of the employee's spouse.

(2)  When, for any reason, the Mission Director determines it is necessary to evacuate the contractor or contractor's dependents, the contractor will be reimbursed for travel and transportation expenses and travel allowance while enroute, for the cost of the individuals going from post of duty in the Cooperating Country to the employee's permanent, legal place of residence at the time he or she was employed for work under this contract or other approved location. The return of such employees and dependents may also be authorized by the Mission Director when, in his/her discretion, he/she determines it is prudent to do so.

(3)  The Mission Director may also authorize emergency or irregular travel and transportation in other situations, when in his/her opinion, the circumstances warrant such action. The authorization shall include the kind of leave to be used and appropriate restrictions as to time away from post, transportation of personal and household effects, etc.

(j)  Home Leave Travel. To the extent that home leave has been authorized as provided in the "Leave and Holidays" clause of this contract, the cost of travel for home leave is reimbursable for travel costs and travel allowances of travelers from the post of duty in the Cooperating Country to place of residence in the United States (or other location provided that the cost of such travel does not exceed the cost of travel to the contractor's residence in the United States) and return to the post of duty in the Cooperating Country. Reimbursement for travel will be in accordance with the Uniform State/USAID/USIA Foreign Service Travel Regulations, as from time to time amended, and will be limited to the cost of travel by the most direct and expeditious route. Travel allowances for travelers shall be in accordance with the rates authorized in the Standardized Regulations as from time to time amended, for not more than the travel

time required by scheduled commercial air carrier using the most expeditious route using economy class. One stopover enroute for a period of not to exceed 24 hours is allowable when the traveler uses economy class accommodations for a trip of 14 hours or more of scheduled duration. Such stopover shall not be authorized when travel is by indirect route or is delayed for the convenience of the traveler or the traveler uses other than economy class. Per-diem during such stopover shall be paid in accordance with the Standardized Regulations.

(k)   Rest and Recuperation Travel. If approved in writing by the Mission Director, the contractor and his/her dependents shall be allowed rest and recuperation travel on the same basis as authorized USAID direct-hire Mission employees and their dependents.

(l)   Transportation of Motor Vehicles, Personal Effects and Household Goods.

(1)   Transportation costs will be paid on the same basis as for USAID direct-hire employees serving the same length tour of duty, as authorized in the schedule. Transportation, including packing and crating costs, will be paid for shipping from the point of origin in the United States (or other location as approved by the Contracting Officer) to post of duty in the Cooperating Country and return to point of origin in the United States (or other location as approved by the Contracting Officer) of one privately-owned vehicle for the contractor, personal effects of the contractor and authorized dependents, and household goods of the contractor not to exceed the limitations in effect for such shipments for USAID direct-hire employees in accordance with the Foreign Service Travel Regulations in effect at the time shipment is made. These limitations may be obtained from the Contracting Officer.

(2)   The cost of transporting motor vehicles and household goods shall not exceed the cost of packing, crating, and transportation by surface common carrier. In the event that the carrier does not require boxing or crating of motor vehicles for shipment to the Cooperating Country, the cost of boxing or crating is not reimbursable. The transportation of a privately owned motor vehicle for a contractor may be authorized as a replacement of the last motor vehicle shipped under this contract for such contractor when the Mission Director determines, in advance, and so notifies the contractor in writing, that the replacement is necessary for reasons not due to the negligence or malfeasance of the contractor. The determination shall be made under the same rules and regulations that apply to authorized Mission U.S. citizen direct-hire employees.

(m)   Unaccompanied Baggage. Unaccompanied baggage is considered to be those personal belongings needed by the traveler immediately upon arrival of the contractor and dependents, and consideration should be given to advance shipments of unaccompanied baggage. The contractor will be reimbursed for costs of shipment of unaccompanied baggage (in addition to the weight allowance for household effects) not to exceed the limitations in effect for USAID direct-hire employees in accordance with the Foreign Service Travel Regulations as in effect when shipment is made. These limitations are available from the Contracting Officer. This unaccompanied baggage may be shipped as air freight by the most direct route between authorized points of origin and destination regardless of the modes of travel used. This provision is applicable to home leave travel when authorized by the terms of this contract.

(n)   International Ocean Transportation.

(1)

(i)   Transportation of things. Where U.S. flag vessels are not available, or their use would result in a significant delay, the contractor may obtain a release from the requirement to use U.S. flag vessels from the Transportation Division, Office of Acquisition and Assistance, U.S. Agency for

**Exhibit M, Page 38**

International Development, Washington, D.C. 20523-1419, or the Mission Director, as appropriate, giving the basis for the request.

(ii)  Transportation of persons. Where U.S. flag vessels are not available, or their use would result in a significant delay, the contractor may obtain a release from the requirement to use U.S. flag vessels from the Contracting Officer or the Mission Director, as appropriate.

(2)  Transportation of foreign-made vehicles. Reimbursement of the costs of transporting a foreign-made motor vehicle will be made in accordance with the provisions of the Foreign Service Travel Regulations.

(3)  Reduced rates on U.S.-flag carriers are in effect for shipments of household goods and personal effects of USAID contractors between certain locations. These reduced rates are available provided the shipper furnishes to the carrier at the time of the issuance of the Bill of Lading documentary evidence that the shipment is for the account of USAID. The Contracting Officer will, on request, furnish to the contractor current information concerning the availability of a reduced rate with respect to any proposed shipment. The contractor will not be reimbursed for shipments of household goods or personal effects in amounts in excess of the reduced rates, which are available in accordance with the foregoing.

(o)  Storage of household effects. The cost of storage charges (including packing, crating, and drayage costs) in the U.S. of household goods of the contractor will be permitted in lieu of transportation of all or any part of such goods to the Cooperating Country under paragraph (l) above provided that the total amount of effects shipped to the Cooperating Country or stored in the U.S. shall not exceed the amount authorized for USAID direct-hire employees under the Uniform Foreign Service Travel Regulations. These amounts are available from the Contracting Officer.

**11.  PAYMENT (AUG 1996)**

(a)  Once each month, or at more frequent intervals, if approved by the paying office indicated on the Cover Page, the contractor may submit to such office form SF 1034 "Public Voucher for Purchases and Services Other Than Personal" (original) and SF 1034-A (three copies), or whatever other form is locally required or accepted. Each voucher shall be identified by the USAID contract number and properly executed in the amount of dollars claimed during the period covered. The voucher forms shall be supported by:

(1)  The contractor's detailed invoice, in original and two copies, indicating for each amount claimed the paragraph of the contract under which payment is to be made, supported when applicable as follows:

(i)  For compensation--a statement showing period covered, days worked, and days when contractor was in authorized travel, leave, or stopover status for which compensation is claimed. All claims for compensation will be accompanied by, or will incorporate, a certification signed by the Project Officer covering days or hours worked, or authorized travel or leave time for which compensation is claimed.

(ii)  For travel and transportation--a statement of itinerary with attached carrier's receipt and/or passenger's coupons, as appropriate.

(iii)  For reimbursable expenses--an itemized statement supported by original receipts.

(2)  The first voucher submitted shall account for, and liquidate the unexpended balance of any funds advanced to the contractor.

(b)  A final voucher shall be submitted by the contractor promptly following completion of the duties under this contract but in no event later than 120 days (or such longer period as the Contracting Officer may in his/her discretion approve in writing) from the date of such completion. The contractor's claim, which includes his/her final settlement of compensation, shall not be paid until after the performance of the duties required under the terms of this contract has been approved by USAID. On receipt and approval of the voucher designated by the contractor as the "final voucher" submitted on Form SF 1034 (original) and SF 1034-A (three copies), together with a refund check for the balance remaining on hand of any funds which may have been advanced to the contractor, the Government shall pay any amounts due and owing the contractor.

(c)  If approved by the paying office time and attendance may be submitted for PSCs in the same manner as is approved for direct-hire personnel.

## 12.  CONVERSION OF U.S. DOLLARS TO LOCAL CURRENCY (DEC 1985)

Upon arrival in the Cooperating Country, and from time to time as appropriate, the contractor shall consult with the Mission Director or his/her authorized representative who shall provide, in writing, the policy the contractor shall follow in the conversion of U.S. dollars to local currency. This may include, but not be limited to the conversion of said currency through the cognizant U.S. Disbursing Officer, or Mission Controller, as appropriate.

## 13.  POST OF ASSIGNMENT PRIVILEGES (JUL 1993)

Privileges such as the use of APO, PX's, commissaries and officers clubs are established at posts abroad under agreements between the U.S. and host governments. These facilities are intended for and usually limited to members of the official U.S. establishment including the Embassy, USAID Mission, U.S. Information Service and the Military. Normally, the agreements do not permit these facilities to be made available to non-official Americans. However, in those cases where facilities are open to non-official Americans, they may be used.

## 14.  SECURITY REQUIREMENTS (JUN 1990)

(a)  This entire provision shall apply to the extent that this contract involves access to classified information ("Confidential", "Secret", or "Top Secret") or access to administratively controlled information ("Limited Official Use"). Contractors that are not U.S. citizens shall not have access to classified or administratively controlled information.

(b)  The contractor (1) shall be responsible for safeguarding all classified or administratively controlled information in accordance with appropriate instructions furnished by the USAID Office of Security (IG/SEC), as referenced in paragraph (d) of this provision and shall not supply, disclose, or otherwise permit access to classified information or administratively controlled information to any unauthorized person; (2) shall not make or permit to be made any reproductions of classified information or administratively controlled information except with the prior written authorization of the Contracting Officer or Mission Director; (3) shall submit to the Contracting Officer, at such times as the Contracting

Officer may direct, an accounting of all reproductions of classified or administratively controlled information; and (4) shall not incorporate in any other project any matter which will disclose classified and/or administratively controlled information except with the prior written authorization of the Contracting Officer.

(c)   The contractor shall follow the procedures for classifying, marking, handling, transmitting, disseminating, storing, and destroying official material in accordance with the regulations in the Foreign Affairs Manual, Chapter 5 (5 FAM 900), a copy of which will be furnished by the Contracting Officer or Mission Director.

(d)   The contractor agrees to submit immediately to the Mission Director or Contracting Officer a complete detailed report, appropriately classified, of any information which the contractor may have concerning existing or threatened espionage, sabotage, or subversive activity.

(e)   The Government agrees that, when necessary, it shall indicate by security classification or administratively controlled designation, the degree of importance to the national defense of information to be furnished by the contractor to the Government or by the Government to the contractor, and the Government shall give written notice of such security classification or administratively controlled designation to the contractor and of any subsequent changes thereof. The contractor is authorized to rely on any letter or other written instrument signed by the Contracting Officer changing a security classification or administratively controlled designation of information.

(f) The contractor agrees to certify after completion of his/her assignment under this contract that he/she has surrendered or disposed of all classified and/or administratively controlled information in his/her custody in accordance with applicable security instructions.

## 15.  CONTRACTOR-MISSION RELATIONSHIPS (DEC 1985)

(a)  The contractor acknowledges that this contract is an important part of the U.S. Foreign Assistance Program and agrees that his/her duties will be carried out in such a manner as to be fully commensurate with the responsibilities, which this entails.

(b)  While in the Cooperating Country, the contractor is expected to show respect for the conventions, customs, and institutions of the Cooperating Country and not interfere in its political affairs.

(c)  If the contractor's conduct is not in accordance with paragraph (b) of this provision, the contract may be terminated under the General Provision of this contract entitled Termination. The Contractor recognizes the right of the U.S. Ambassador to direct his/her immediate removal from any country when, in the discretion of the Ambassador, the interests of the United States so require.

(d)  The Mission Director is the chief representative of USAID in the Cooperating Country. In this capacity, he/she is responsible for the total USAID Program in the Cooperating Country including certain administrative responsibilities set forth in this contract and for advising USAID regarding the performance of the work under the contract and its effect on the U.S. Foreign Assistance Program. The contractor will be responsible for performing his/her duties in accordance with the statement of duties called for by the contract. However, he/she shall be under the general policy guidance of the Mission Director, and shall keep the Mission Director or his/her designated representative currently informed of the progress of the work under this contract.

**Exhibit M, Page 41**

## 16.  TERMINATION (NOV 2020)

(a)  The Government may terminate performance of work under this contract in whole or, from time to time, in part:

(1)   For cause, which may be effected immediately after establishing the facts warranting the termination, by giving written notice and a statement of reasons to the contractor in the event

(i)  the Contractor commits a breach or violation of any obligations herein contained, (ii) a fraud was committed in obtaining this contract, or (iii) the contractor is guilty (as determined by USAID) of misconduct in the Cooperating Country. Upon such a termination, the contractor's right to compensation shall cease when the period specified in such notice expires or the last day on which the contractor performs services hereunder, whichever is earlier. No costs of any kind incurred by the contractor after the date such notice is delivered shall be reimbursed hereunder except the cost of return transportation (not including travel allowances), if approved by the Contracting Officer. If any costs relating to the period subsequent to such date have been paid by USAID, the contractor shall promptly refund to USAID any such prepayment as directed by the Contracting Officer.

(2)  For the convenience of USAID, by giving not less than 15 calendar days advance written notice to the contractor. Upon such a termination, contractor's right to compensation shall cease when the period specified in such notice expires except that the contractor shall be entitled to any unused vacation leave, return transportation costs and travel allowances and transportation of unaccompanied baggage costs at the rate specified in the contract and subject to the limitations which apply to authorized travel status.

(3)  For the convenience of USAID, when the contractor is unable to complete performance of his/her services under the contract by reason of sickness or physical or emotional incapacity based upon a certification of such circumstances by a duly qualified doctor of medicine approved by the Mission. The contract shall be deemed terminated upon delivery to the Contractor of a termination notice. Upon such a termination, the contractor shall not be entitled to compensation except to the extent of any unused vacation or sick leave but shall be entitled to return transportation, travel allowances, and unaccompanied baggage costs at rates specified in the contract and subject to the limitations which apply to authorized travel status.

(b)  The contractor, with the written consent of the Contracting Officer, may terminate this contract upon at least 15 days' written notice to the Contracting Officer.

## 17.  RELEASE OF INFORMATION (DEC 1985)

All rights in data and reports shall become the property of the U.S. Government. All information gathered under this contract by the Contractor and all reports and recommendations hereunder shall be treated as confidential by the Contractor and shall not, without the prior written approval of the Contracting Officer, be made available to any person, party, or government, other than USAID, except as otherwise expressly provided in this contract.

720BHA24S00007 with Andrea Danziger

**18.  NOTICES (DEC 1985)**

Any notice, given by any of the parties hereunder, shall be sufficient only if in writing and delivered in person or sent by telegraph, telegram, registered, or regular mail as follows:

      To USAID:

      Administrator

      U.S. Agency for International Development,

      Washington, D.C. 20523-0001,

      Attention: Contracting Officer (name of the cognizant Contracting Officer with a copy to the appropriate Mission Director).

      To Contractor:

      At his/her post of duty while in the Cooperating Country and at the Contractor's address shown on the Cover Page of this contract or to such other address as either of such parties shall designate by notice given as herein required. Notices hereunder shall be effective in accordance with this clause or on the effective date of the notice, whichever is later.

**19.  REPORTS (JUN 1987)**

(a)  The Contractor shall prepare and submit 2 copies of each technical report required by the schedule of this contract to the Bureau for Program and Policy Coordination, Center for Development Experience Clearinghouse. All documents should be mailed to:

      (1)  Via E-mail: docsubmit@dec.cdie.org ;

      (2)  Via U.S. Postal Service:
            Development Experience Clearinghouse
            8403 Colesville Road, Suite 210
            Silver Spring, MD 20910,U.S.A.

      (3) Via Fax: (301) 588-7787; or

      (4) Online: http://www.dec.org/index.cfm?fuseaction=docSubmit.home

The title page of all reports forwarded to Development Experience Clearinghouse pursuant to this paragraph shall include a descriptive title, the author's Name(s), contract number, project number and title, contractor's name, name of the USAID project office, and the publication or insurance date of the report.

(b)  When preparing reports, the contractor shall refrain from using elaborate art work, multicolor printing and expensive paper/ binding, unless it is specifically authorized in the Contract Schedule. Wherever possible, pages should be printed on both sides using single spaced type.

**Exhibit M, Page 43**

**20.  USE OF POUCH FACILITIES (JUL 1993)**

(a)  Use of diplomatic pouch is controlled by the Department of State. The Department of State has authorized the use of pouch facilities for USAID contractors and their employees as a general policy, as detailed in paragraphs (a)(1) through (a)(6) of this provision. However, the final decision regarding use of pouch facilities rests with the Embassy or USAID Mission. In consideration of the use of pouch facilities as hereinafter stated, the Contractor agrees to indemnify and hold harmless the Department of State and USAID for loss or damage occurring in pouch transmission.

(1)  Contractors are authorized use of the pouch for transmission and receipt of up to a maximum of 0.90 kilogram/2 pounds per shipment of correspondence and documents needed in the administration of foreign assistance programs.

(2)  U.S. citizen contractors are authorized use of the pouch for personal mail up to a maximum of 0.45 kilogram/one pound per shipment (but see (a)(3) below). Non-U.S. citizen Contractors are not permitted use of the pouch for personal mail except to the extent that such use may be authorized by the Chief of Mission.

(3)  Merchandise, parcels, magazines, or newspapers are not considered to be personal mail for purpose of this clause, and are not authorized to be sent or received by pouch.

(4)  Official and personal mail under paragraphs (a) (1) and (2) of this provision, sent by pouch, should be addressed as follows:

Individual's Name (C), U.S. Agency for International Development, Washington, D.C. 20523-0001.

(5)  Mail sent via the diplomatic pouch may not be in violation of U.S. Postal laws and may not contain material ineligible for pouch transmission.

(6)  Use of military postal facilities (APO/FPO) is authorized to U.S. contractors on the same basis as approved for direct-hire employees at the USAID Mission. Posts having access to APO/FPO facilities and using such for diplomatic pouch dispatch, may, however, accept official and personal mail for the pouch provided, of course, adequate postage is affixed when onward transmission (mail to other than USAID/W) through U.S. postal channels is required.

(b)  The contractor shall be responsible for compliance with these guidelines and limitations on use of pouch facilities.

(c)  Specific additional guidance on use of pouch facilities in accordance with this clause is available from the Post Communication Center at the Embassy or USAID Mission.

**21.  BIOGRAPHICAL DATA (JUN 1990)**

(a)  The contractor agrees to furnish biographical information to the Contracting Officer on forms (SF 171 and 171) as provided for that purpose.

**Exhibit M, Page 44**

(b)  Emergency locator information. The contractor agrees to provide the following information to the Mission Administrative Officer on arrival in the host country regarding himself/herself and dependents:

   (1)   Contractor's full name, home address, and telephone number including any after-hours emergency number(s).

   (2)   The name and number of the contract, and whether the individual is the contractor or the contractor's dependent.

   (3)  The name, address, and home and office telephone number(s) of each individual's next of kin.

   (4)  Any special instructions pertaining to emergency situations such as power of attorney designees or alternate contact persons.

## 22.  U.S. RESIDENT HIRE PERSONAL SERVICES CONTRACTOR BENEFITS (JUN 1990) [Deviation (May 2020)]

A contractor meeting the definition of a Resident Hire USPSC contained in section 12, General Provisions, in the clause entitled "Definitions," is subject to U.S. Federal Income Tax, but is not eligible for any fringe benefits including differentials and allowances, travel and transportation expenses, repatriation, rest and recuperation travel, or home leave of any kind. The contractor may be eligible for certain differentials and allowances when in travel status for temporary duty (TDY.)

## 23.  ORIENTATION AND LANGUAGE TRAINING (JUL 1993)

(a)  Except as set forth in paragraph (b)(4) below, the Contractor shall receive a maximum of 2 weeks USAID orientation before travel overseas. The dates of orientation shall be selected by the Contractor and approved by the Contracting Officer from the orientation schedule provided by USAID.

(b)  As either set forth in the Contract Schedule, or provided in writing by the Contracting Officer, the following may be authorized taking into consideration specific job requirements, contractor's prior overseas experience, or unusual circumstances, in connection with orientation of individual Contractors:

   (1) Modified orientation,
   (2) Language training,
   (3) Orientation for Contractor's dependents at contract expense.
   (4) Waiver of orientation for individual contractor.

(c)  Transportation costs and travel allowances not to exceed one round trip from the Contractor's residence to place of orientation and return will be reimbursed, pursuant to Clause 10 of the General Provisions, entitled "Travel and Transportation Expenses," if the orientation is more than 80 kilometers/50 miles from the contractor's residence. Allowable salary costs during the period of orientation are also reimbursable.

## 24.  CONDITIONS FOR CONTRACTING PRIOR TO RECEIPT OF SECURITY CLEARANCE (JUL 1993)

(a)  U.S. Resident Hire PSC. The contractor may commence work prior to the completion of the security clearance. However, until such time as clearance is received, the contractor shall have no access to

**Exhibit M, Page 45**

classified or administratively controlled materials. Further, failure to obtain clearance will constitute cause for contract termination in accordance with paragraph (a)(2) of General Provision 16 of this contract.

(b)  U.S. PSC--Non-Resident Hire. The contractor may elect to commence travel to post immediately to begin work prior to completion of the security clearance. However, until such time as security clearance is received, the contractor shall:

(1)  Have no access to classified or administratively controlled materials;

(2)  Be authorized to travel to post himself/herself only; and

(3)  Be authorized no entitlements other than those normally authorized for short term (less than a year) employees at post. Even if the contract is for one year or more, dependents may not accompany contractor unless at his/her expense, and transportation/storage of household/personal effects and motor vehicle will not be financed by USAID prior to the receipt of the security clearance. Upon receipt of clearance, the Contracting Officer will authorize reimbursement of any such costs borne at contractor's expense prior to clearance provided they are reasonable, allocable and allowable. If appropriate given the length of time remaining, the Contracting Officer will authorize dependent travel and shipment/storage of motor vehicle and effects. Allowances which would not be provided to short term employees will be authorized after clearance is received provided that the contractor is otherwise entitled to such benefits. Failure to obtain the security clearance will constitute cause for contract termination in accordance with paragraph (a)(2) of General Provision of this contract entitled Termination.

## 25.  MEDICAL EVACUATION (MEDEVAC) SERVICES (JUL 2007) [Deviation (FEB 2022)]

 A contractor who is required to relocate abroad and accompanying eligible family members; or a contractor on official travel status abroad on temporary duty or training, will be provided Medevac services through the Department of State, Bureau of Medical Services, similar to that provided to U.S. Government employees in 16 FAM 300 Medical Travel. Medevac costs that will be covered by USAID include travel and per diem, but do not include medical care costs.

To be eligible for Medevac services covered by the Department of State Medevac program, the contractor and accompanying eligible family members must obtain and maintain international health insurance coverage in accordance with the clause of the contract entitled, "Insurance."

## 26.  GOVERNING LAW (NOV 1996)

This contract is established under the procurement authorities of the United States Government and shall be interpreted in accordance with the body of Federal Procurement Law in the United States. This contract is a complete statement of the duties, compensation, benefits, leave, notice, termination, and the like; therefore, the laws of the country of performance with respect to labor and contract matters shall not apply to either the carrying out of the obligations of the parties or to the interpretation of this agreement.

## 27.  [RESERVED]

## 28.  MEDICAL EXPENSE PAYMENT RESPONSIBILITY (OCT 2006)

(a)    Definitions. Terms used in this General Provision are defined in 16 FAM 116 (available at http://www.foia.state.gov/REGS/fams.asp?level=2&id=59&fam=0 ). Note: personal services contractors are not eligible to participate in the Federal Employees Health Programs.

(b)  The regulations in the Foreign Affairs Manual, Volume 16, Chapter 520 (16 FAM 520), Responsibility for Payment of Medical Expenses, apply to this contract, except as stated below. The contractor and each dependent are strongly encouraged to obtain health insurance that covers this assignment. Nothing in this provision supersedes or contradicts any other term or provision in this contract that pertains to insurance or medical costs, except that section (e) supplements General Provision entitled "MEDICAL EVACUATION (MEDEVAC) SERVICES."

(c)  When the contractor or dependent is covered by health insurance, that insurance is the primary payer for medical services provided to that contractor or dependent(s) both in the United States and abroad. The primary insurer's liability is determined by the terms, conditions, limitations, and exclusions of the insurance policy.

When the contractor or dependent is not covered by health insurance, the contractor is the primary payer for the total amount of medical costs incurred and the U.S. Government has no payment obligation (see paragraph (f) of this provision).

(d)    USAID serves as a secondary payer for medical expenses of the contractor and dependents who are covered by health insurance, where the following conditions are met:

(1)  The illness, injury, or medical condition giving rise to the expense is incurred, caused, or materially aggravated while the eligible individual is stationed or assigned abroad;

(2)    The illness, injury, or medical condition giving rise to the expense required or requires hospitalization and the expense is directly related to the treatment of such illness, injury, or medical condition, including obstetrical care; and

(3)  The Office of Medical Services (M/MED) or a Foreign Service medical provider (FSMP) determines that the treatment is appropriate for, and directly related to, the illness, injury, or medical condition.

(e)  The Mission Director may, on the advice of M/MED or an FSMP at post, authorize medical travel for the contractor or a dependent in accordance with the General Provisions entitled Travel and Transportation Expenses (July 1993), section (i) entitled "Emergency and Irregular Travel and Transportation." In the event of a medical emergency, when time does not permit consultation, the Mission Director may issue a Travel Authorization Form or Medical Services Authorization Form DS-3067, provided that the FSMP or Post Medical Advisor (PMA) is notified as soon as possible following such an issuance. The contractor must promptly file a claim with his or her medevac insurance provider and repay to USAID any amount the medevac insurer pays for medical travel, up to the amount USAID paid under this section. The contractor must repay USAID for medical costs paid by the medevac insurer in accordance with sections (f) and (g) below. In order for medical travel to be an allowable cost under General Provision entitled Travel and Transportation Expenses, the contractor must provide USAID written evidence that medevac insurance does not cover these medical travel costs.

(f)  If the contractor or dependent is not covered by primary health insurance, the contractor is the primary payer for the total amount of medical costs incurred. In the event of a medical emergency, the Medical

and Health Program may authorize issuance of Form DS-3067, Authorization for Medical Services for Employees and/or Dependents, to secure admission to a hospital located abroad for the uninsured contractor or dependent. In that case, the contractor will be required to reimburse USAID in full for funds advanced by USAID pursuant to the issuance of the authorization. The contractor may reimburse USAID directly or USAID may offset the cost from the contractor's invoice payments under this contract, any other contract the individual has with the U.S. Government, or through any other available debt collection mechanism.

(g)  When USAID pays medical expenses (e.g., pursuant to Form DS-3067, Authorization for Medical Services for Employees and/or Dependents), repayment must be made to USAID either by insurance payment or directly by the contractor, except for the amount of such expenses USAID is obligated to pay under this provision. The Contracting Officer will determine the repayment amount in accordance with the terms of this provision and the policies and procedures for employees contained in 16 FAM 521. When USAID pays the medical expenses, including medical travel costs (see section (e) above), of an individual (either the contractor or a dependent) who is covered by insurance, that individual promptly must claim his or her benefits under any applicable insurance policy or policies. As soon as the individual receives the insurance payment, the contractor must reimburse USAID for the full amount that USAID paid on the individual's behalf or the repayment amount determined by the Contracting Officer in accordance with this paragraph, whichever is less. If an individual is not covered by insurance, the contractor must reimburse USAID for the entire amount of all medical expenses and any travel costs the contractor receives from his/her medevac provider.

(h)  In the event that the contractor or dependent fails to recover insurance payments or transfer the amount of such payments to USAID within 90 days, USAID will take appropriate action to collect the payments due, unless such failure is for reasons beyond the control of the USPSC/dependent.

(i)  Before departing post or terminating the contract, the contractor must settle all medical expense and medical travel costs. If the contractor is insured, he or she must provide proof to the Contracting Officer that those insurance claims have been submitted to the insurance carrier(s) and sign a repayment agreement to repay to USAID any amounts paid by the insurance carrier(s).

## 29.  INCENTIVE AWARDS (DEC 2019)

The contractor is eligible to receive certain monetary and non-monetary USAID incentive awards in accordance with the AIDAR and USAID internal policy.

## 30.  RELOCATION EXPENSE BENEFIT [Deviation (NOV 2021)]

If the contractor's period of performance abroad is for twelve consecutive months or more, USAID may provide a one-time payment to assist the contractor with extraordinary relocation expenses as follows:

(a) A contractor legally residing in, and relocating from the U.S., its commonwealth, possessions or territories to an overseas post; or a personal services contractor relocating immediately from a prior USAID overseas post to the USAID overseas post under this contract, may receive a miscellaneous relocation expense payment of—

(1) $750 or the equivalent of one week's pay, whichever is the lesser amount, if the contractor is unaccompanied; or

47

(2) $1,500 or the equivalent of two weeks' pay, whichever is the lesser amount, if the contractor is accompanied with eligible family members.

(b) In addition, a contractor legally residing in, and relocating from the U.S., its commonwealth, possessions or territories to the cooperating country pursuant to this personal services contract may receive a pre-departure subsistence expense reimbursement for the contractor and each eligible family member for up to 10 days before final departure to the cooperating country abroad, beginning not more than 30 days after the contractor has vacated their residence, using the following partial flat rate method:

(1) an actual lodging amount (excluding lodging tax) up to the lodging portion of the per diem of the U.S. locality of the contractor's legal place of residence, and a flat amount equal to the meal and incidental expense (M&IE) portion of the per diem according to the formula below. In addition, the contractor may be reimbursed separately for taxes imposed on actual lodging expenses, if any. Receipts are required only for lodging.

(2) For the initial occupant, whether the contractor or accompanying eligible family member age 12 or over, a daily lodging amount not in excess of the published lodging portion of the per diem rate for the U.S. locality at which the occupant normally resides, and a flat amount equal to the meal and incidental expense portion of the referenced per diem rate to defray costs for meals, laundry and dry cleaning.

(3) For each additional occupant, whether the contractor or accompanying eligible family member age 12 or over, a daily lodging amount not in excess of 75% of the published lodging portion of the per diem rate for the U.S. locality at which the occupant normally resides, and a flat amount equal to 75% of the meal and incidental expense portion of the referenced per diem rate to defray costs for meals, laundry and dry cleaning.

(4) For each accompanying eligible family member occupant under age 12, a daily lodging amount not in excess of 50% of the published lodging portion of the per diem rate for the U.S. locality at which the occupant normally resides, and a flat amount equal to 50% of the meal and incidental expense portion of the referenced per diem rate to defray costs for meals, laundry and dry cleaning.

(5) A contractor and any accompanying eligible family member relocating from a place other than the U.S., its commonwealth, possessions or territories to the cooperating country, will not be eligible for the pre-departure subsistence expense portion of the relocation expenses.

(6) Expenses of local transportation are not allowable.

(c) The contractor must obtain approval for what is authorized in paragraphs (a) and (b) of this clause in the Travel Authorization (TA) issued by USAID to the contractor, in accordance with the Travel and Transportation Expenses clause. The contractor must claim reimbursement under the TA only after the contractor and all accompanying eligible family members, if any, have arrived in the cooperating country.

(d) If the contractor does not complete twelve consecutive months in the cooperating country, except for reasons beyond the contractor's control, the contractor will be liable to reimburse USAID for the amount of the relocation expense benefit received.

48

**Exhibit M, Page 49**

## D - FEDERAL ACQUISITION REGULATION (FAR) CLAUSES (FC)
### USPSC AWARD

**1. FAR Clauses Incorporated in Full Text**

**52.203-5** COVENANT AGAINST CONTINGENT FEES (MAY 2014)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

**FAR 52.204-13**  SYSTEM FOR AWARD MANAGEMENT MAINTENANCE (Oct 2018)

(a)  Definitions. As used in this clause—

*Electronic Funds Transfer (EFT) indicator* means a four-character suffix to the *unique entity identifier*. The suffix is assigned at the discretion of the commercial, nonprofit, or Government entity to establish additional *System for Award Management (SAM)* records for identifying alternative EFT accounts (see subpart 32.11) for the same entity.

*Registered in the System for Award Management (SAM)* means that–

(1)  The Contractor has entered all mandatory information, including the *unique entity identifier* and the EFT indicator (if applicable), the *Commercial and Government Entity (CAGE) code*, as well as data required by the Federal Funding Accountability and Transparency Act of 2006 (see subpart 4.14),

49

720BHA24S00007 with Andrea Danziger

into SAM;

(2)  The Contractor has completed the Core, Assertions, Representations and Certifications, and Points of Contact sections of the registration in SAM;

(3)  The Government has validated all mandatory data fields, to include validation of the *Taxpayer Identification Number (TIN)* with the Internal Revenue Service (IRS). The Contractor will be required to provide consent for TIN validation to the Government as a part of the SAM registration process; and

(4)  The Government has marked the record "Active".

*System for Award Management (SAM)* **means the primary Government repository for prospective Federal awardee and Federal awardee information and the centralized Government system for certain *contracting*, grants, and other assistance-related processes. It includes–**

(1)  Data collected from prospective Federal awardees required for the conduct of business with the Government;

(2)  Prospective contractor-submitted annual representations and certifications in accordance with FAR subpart 4.12; and

(3)  Identification of those parties excluded from receiving Federal contracts, certain subcontracts, and certain types of Federal financial and non-financial assistance and benefits.

*Unique entity identifier* means a number or other identifier used to identify a specific commercial, nonprofit, or Government entity. See www.sam.gov for the designated entity for establishing *unique entity identifiers*.

(b)  If the *solicitation* for this contract contained the provision 52.204-7 with its *Alternate* I, and the Contractor was unable to register prior to award, the Contractor *shall* be registered in SAM within 30 days after award or before three days prior to submission of the first *invoice*, whichever occurs first.

(c)  The Contractor *shall* maintain registration in SAM during contract performance and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement. The Contractor is responsible for the currency, accuracy and completeness of the data within SAM, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in SAM after the initial registration, the Contractor is required to review and update on an annual basis, from the date of initial registration or subsequent updates, its information in SAM to ensure it is current, accurate and complete. Updating information in SAM does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(d)

50

**Exhibit M, Page 51**

720BHA24S00007 with Andrea Danziger

**(1)**

(i) If a Contractor has legally changed its business name or "doing business as" name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and *change-of-name agreements* in subpart 42.12, the Contractor *shall* provide the responsible *Contracting Officer* a minimum of one business *day*'s written notification of its intention to—

      (A)  Change the name in SAM;

      (B)  Comply with the requirements of subpart 42.12 of the FAR; and

      (C)  Agree *in writing* to the timeline and procedures specified by the responsible *Contracting Officer*. The Contractor *shall* provide with the notification sufficient documentation to support the legally changed name.

      (ii) If the Contractor fails to comply with the requirements of paragraph (d)(1)(i) of this clause, or fails to perform the agreement at paragraph (d)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or *change-of-name agreement*, the SAM information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "*Suspension* of Payment" paragraph of the *electronic funds transfer (EFT)* clause of this contract.

      (2)  The Contractor *shall* not change the name or address for EFT payments or manual payments, as appropriate, in SAM record to reflect an assignee for the purpose of *assignment of claims* (see FAR subpart 32.8, *Assignment of Claims*). Assignees *shall* be separately registered in the SAM. Information provided to the Contractor's SAM record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "*Suspension* of Payment" paragraph of the EFT clause of this contract.

      (3)  The Contractor *shall* ensure that the *unique entity identifier* is maintained with the entity designated at www.sam.gov for establishment of the *unique entity identifier* throughout the life of the contract. The Contractor *shall* communicate any change to the *unique entity identifier* to the *Contracting Officer* within 30 days after the change, so an appropriate modification can be issued to update the data on the contract. A change in the *unique entity identifier* does not necessarily require a novation be accomplished.

      (e)        Contractors *may* obtain additional information on registration and annual confirmation requirements at https://www.sam.gov.

**FAR 52.217-8** – OPTION TO EXTEND SERVICES (NOV 1999)

51

720BHA24S00007 with Andrea Danziger

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days.

**52.217-9** OPTION TO EXTEND THE TERM OF THE CONTRACT (Mar 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed November 19, 2023 through November 18, 2028 and if necessary, an additional six (6) months [See FAR 52.217-8].

**FAR 52.232-33** PAYMENT BY ELECTRONIC FUNDS TRANSFER-SYSTEM FOR AWARD MANAGEMENT (Oct 2018)

As prescribed in 32.1110(a)(1), insert the following clause:

Payment by *Electronic Funds Transfer-System for Award Management* (Oct 2018)

(a) Method of payment.

(1) All payments by the Government under this contract *shall* be made by *electronic funds transfer (EFT)*, except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and *may* also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either-

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b) *Contractor's EFT information*. The Government *shall* make payment to the Contractor using the EFT information contained in the *System for Award Management (SAM)*. In the event that the EFT information changes, the Contractor *shall* be responsible for providing the updated information to SAM.

(c) *Mechanisms for EFT payment*. The Government *may* make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are

**Exhibit M, Page 53**

contained in 31 CFR Part 210.

(d) *Suspension of payment*. If the Contractor's EFT information in the SAM is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into the SAM; and any *invoice* or contract financing request *shall* be deemed not to be a *proper invoice* for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper *invoice* and delays in accrual of interest penalties apply.

(e) Liability for uncompleted or erroneous transfers.

(1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for-

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and-

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government *shall* not make payment, and the provisions of paragraph (d) of this clause *shall* apply.

(f) *EFT and prompt paymen*t. A payment *shall* be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) *EFT and assignment of claims*. If the Contractor assigns the proceeds of this contract as provided for in the *assignment of claims* terms of this contract, the Contractor *shall* require as a condition of any such assignment, that the assignee *shall* register separately in SAM and *shall* be paid by EFT in accordance with the terms of this clause. Notwithstanding any other requirement of this contract, payment to an ultimate recipient other than the Contractor, or a financial institution properly recognized under an *assignment of claims* pursuant to subpart 32.8, is not permitted. In all respects, the requirements of this clause *shall* apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper *assignment of claims* acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) *Liability for change of EFT information by financial agent*. The Government is not liable for errors

53

resulting from changes to EFT information made by the Contractor's financial agent.

(i) *Payment information*. The payment or disbursing office *shall* forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government *may* request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government *shall* mail the payment information to the remittance address contained in SAM.

**52.233-1** DISPUTES. (JUL 2002) – Alternate I (MAY 2014)

(a) This contract is subject to 41 U.S.C chapter 71, Contract Disputes.

(b) Except as provided in 41 U.S.C chapter 71, all disputes arising under or relating to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under 41 U.S.C chapter 71 until certified. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under 41 U.S.C chapter 71. The submission may be converted to a claim under 41 U.S.C chapter 71, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d)(1) A claim by the Contractor shall be made in writing and, unless otherwise stated in
   this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

   (2)(i) The Contractor shall provide the certification specified in paragraph (d)(2)(iii) of
      this clause when submitting any claim exceeding $100,000.

      (ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

      (iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am authorized to certify the claim on behalf of the Contractor."

   (3) The certification may be executed by any person authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in 41 U.S.C chapter 71.

**Exhibit M, Page 55**

720BHA24S00007 with Andrea Danziger

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use alternative dispute resolution (ADR). If the Contractor refuses an offer for ADR, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the offer.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date that the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having defective certifications, as defined in FAR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.

**52.247-63** PREFERENCE FOR U.S.-FLAG AIR CARRIERS (JUN 2003)

(a) Definitions. As used in this clause—
"International air transportation" means transportation by air between a place in the United States and a place outside the United States or between two places both of which are outside the United States.
"United States" means the 50 States, the District of Columbia, and outlying areas.
"U.S.-flag air carrier" means an air carrier holding a certificate under 49 U.S.C. Chapter 411.
(b) Section 5 of the International Air Transportation Fair Competitive Practices Act of 1974 (49 U.S.C. 40118) (Fly America Act) requires that all Federal agencies and Government contractors and subcontractors use U.S.-flag air carriers for U.S. Government-financed international air transportation of personnel (and their personal effects) or property, to the extent that service by those carriers is available. It requires the Comptroller General of the United States, in the absence of satisfactory proof of the necessity for foreign-flag air transportation, to disallow expenditures from funds, appropriated or otherwise established for the account of the United States, for international air transportation secured aboard a foreign-flag air carrier if a U.S.-flag air carrier is available to provide such services.
(c) If available, the Contractor, in performing work under this contract, shall use U.S.-flag carriers for international air transportation of personnel (and their personal effects) or property.
(d) In the event that the Contractor selects a carrier other than a U.S.-flag air carrier for international air transportation, the Contractor shall include a statement on vouchers involving such transportation essentially as follows:
Statement of Unavailability of U.S.-Flag Air Carriers
International air transportation of persons (and their personal effects) or property by U.S.-flag air carrier was not available or it was necessary to use foreign-flag air carrier service for the following reasons (see section 47.403 of the Federal Acquisition Regulation): [State reasons]:_____
(End of statement)

(e) The Contractor shall include the substance of this clause, including this paragraph (e), in each subcontract or purchase under this contract that may involve international air transportation.

**2. FAR Clauses Incorporated by Reference**

**Exhibit M, Page 56**

The following FAR clauses are hereby incorporated by reference in accordance with **FAR 52.252-2, "Clauses Incorporated by Reference."** The full text of each clause may be accessed on the Internet at this address: https://www.acquisition.gov/far/index.html

| ITEM NO. | FAR NO. | TITLE | DATE |
|---|---|---|---|
| FC 1. | 52.203-7 | Anti-Kickback Procedures | (JUN 2020) |
| FC 2. | 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | (JUN 2020) |
| FC 3. | 52.203-17 | Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights | (APR 2014) |
| FC 4. | 52.204-9 | Personal Identity Verification of Contractor Personnel | (JAN 2011) |
| FC 5. | 52.204-27 | Prohibition on a ByteDance Covered Application | (JUN 2023) |
| FC 6. | 52.215-2 | Audit and Records - Negotiations | (JUN 2020) |
| FC 7. | 52.222-50 | Combating Trafficking in Persons | (JAN 2019) |
| FC 8. | 52.223-6 | Drug –Free Workplace | (MAY 2001) |
| FC 9. | 52.224-1 | Privacy Act Notification | (APR 1984) |
| FC 10. | 52.224-2 | Privacy Act | (APR 1984) |
| FC 11. | 52.229-8 | Taxes - Foreign Cost-Reimbursement Contracts | (MAR 1990) |
| FC 12. | 52.232-17 | Interest | (MAY 2014) |
| FC 13. | 52.232-20 | Limitation of Cost | (APR 1984) |
| FC 14. | 52.232-22 | Limitation of Funds | (APR 1984) |
| FC 15. | 52.232-23 | Assignment of Claims | (MAY 2014) |
| FC 16. | 52.233-4 | Applicable Law for breach of Contract Claim | (OCT 2004) |
| FC 17. | 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation | (APR 1984) |
| FC 18. | 52.242-1 | Notice of Intent to Disallow Costs | (APR 1984) |
| FC 19. | 52.246-5 | Inspection of Services - Cost-Reimbursement | (APR 1984) |
| FC 20. | 52.246-25 | Limitation of Liability - Services | (FEB 1997) |
| FC 21. | 52.252-2 | Clauses Incorporated by Reference | (FEB 1998) |

[END]

**Exhibit M, Page 57**