**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ANDREA DANZIGER, DEBORAH
MURPHY, MARK HERZBERG, KENNETH
SKLAW, individually, and on behalf of all
others similarly situated,

     *Plaintiffs*,

     v.

UNITED STATES OF AMERICA,

     *Defendant*.

Case No. 25-1241
(Judge Tapp)

**JOINT MOTION FOR CLASS NOTICE APPROVAL**

Plaintiffs Andrea Danziger, Deborah Murphy, Mark Herzberg, and Kenneth Sklaw (together, the "Named Plaintiffs") and the United States, by and through undersigned counsel, submit the proposed Class Notice, attached hereto as Exhibit A, for approval by this Court.

1. On December 4, 2025, Named Plaintiffs filed their Motion for Class Action Certification. *See* ECF No. 14.

2. On May 7, 2026, the Court issued its Order granting Named Plaintiffs' Motion for Class Action Certification and defined the certified class as:

   > All personal services contractors that were performing work for USAID pursuant to Personal Services Contracts at the time their contracts were terminated by USAID via Termination Notices issued between February 12, 2025, and April 24, 2025.

   *See* ECF No. 25 at 7.

3. The Court further ordered "[t]he parties shall file a joint proposed notice" within thirty (30) days of the Court's order pursuant to RCFC 23(c)(2)(B). *Id.*

4. Pursuant to the Court's Order, Plaintiffs hereby submit the jointly proposed Class Notice, which includes the following as required by RCFC 23(c)(2)(B):

1

i.    the nature of the action;

ii.    the definition of the class certified;

iii.    the class claims, issues, or defenses;

iv.    that a class member may enter an appearance through an attorney if the member so desires;

v.    that the court will include in the class any member who requests inclusion;

vi.    the time and manner for requesting inclusion;

vii.    the binding effect of a class judgment on members under RCFC 23(c)(3); and

viii.    that the court may permit withdrawal from the class of a member who initially requests inclusion.

5. The proposed Class Notice seeks an Opt-In period of 180 days from this Court's approval of the Class Notice.

6. Plaintiffs have engaged JND Legal Administration LLC ("JND") to distribute the Notice and Opt-In Forms to all potential class members via mail to their last known address and email and permitting potential class members to complete and submit Opt-In Forms through mail or an interactive case-specific website, the latter of which will include other important Court documents. JND will also make available a dedicated team to provide information and services to potential class members.

7. The Government has agreed to, no later than July 8, 2026, provide Plaintiffs' counsel with the names and contact information for all potential class members that are within its possession and may fall within the class definition certified by this Court. *See* ECF No. 25 at 7.

2

8.  In order to comply with the Court's Order, the parties hereby submit their proposed

Class Notice.

Dated: June 8, 2026


Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. McBrady*_____ | BRETT A. SHUMATE |
| Stephen J. McBrady | Assistant Attorney General |
| CROWELL & MORING LLP | |
| 600 Fifth St., N.W. | PATRICIA M. McCARTHY |
| Washington, DC 20001 | Director |
| (202) 624-2500 | |
| SMcBrady@Crowell.com | |
| | MARTIN F. HOCKEY, JR. |
| **Of Counsel:** | Deputy Director |
| Charles Baek | |
| Sharmistha Das | */s/ Sean K. Griffin*_____ |
| Kenneth Dintzer | SEAN K. GRIFFIN |
| Eric Herendeen | Trial Attorney |
| CROWELL & MORING LLP | Commercial Litigation Branch |
| 600 Fifth St., N.W. | Civil Division |
| Washington, DC 20001 | U.S. Department of Justice |
| | P.O. Box 480, Ben Franklin Station |
| Joshua Sohn | Washington, DC 20044 |
| CROWELL & MORING LLP | Telephone: (202) 353-9369 |
| Two Manhattan West | Facsimile: (202) 305-2062 |
| 375 Ninth Avenue | Sean.K.Griffin2@usdoj.gov |
| New York, NY 10001 | |
| | |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendant*** |

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ANDREA DANZIGER, DEBORAH
MURPHY, MARK HERZBERG, KENNETH
SKLAW, individually, and on behalf of all
others similarly situated,

       *Plaintiffs*,

       v.

UNITED STATES OF AMERICA,

       *Defendant*.

Case No. 25-1241
(Judge Tapp)

### [PROPOSED] ORDER

The Court, having considered the Joint Motion for Class Notice Approval (the "Motion"),

HEREBY ORDERS that the Motion is GRANTED;

HEREBY ORDERS the issuance of the proposed Class Notice, attached to the Motion as Exhibit A, to all individuals belonging to the class pursuant to RCFC 23(c)(2)(B);

And HEREBY ORDERS that the opt-in period shall last for 180 days following the issuance of this order.


SO ORDERED this _____ day of _____, 2026.

By,

_____
Judge David A. Tapp
Court of Federal Claims