# In the United States Court of Federal Claims

No. 25-1241
Filed: June 9, 2026

---

**ANDREA DANZIGER, et al.,**

*Plaintiffs*,

**v.**

**THE UNITED STATES,**

*Defendant.*

---

## ORDER

On June 8, 2026, Plaintiffs filed a Joint Motion for Class Notice Approval, (ECF No. 28). The Motion is **GRANTED**. The Court **ORDERS** the issuance of the attached Class Notice to all individuals belonging to the class pursuant to RCFC 23(c)(2)(B). The opt-in period shall last for 180 days from the filing of this Order.

**IT IS SO ORDERED.**



s/      David A. Tapp
DAVID A. TAPP, Judge